**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel:   (202) 350-4783
Fax:   (202) 871-8180
Email: jkaliel@kalielpllc.com

**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: (202) 350-4783
Email: sgold@kalielgold.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA SCHWARTZ, ZACHARY CH IN, JOSEPH FLINDERS, DANIEL CHOU, and QUIANA PLEASANT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:** 3:22-CV-00250<br><br>**NOTICE OF APPEARANCE OF JEFFREY D. KALIEL** |

1 | TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel listed below is hereby appearing as counsel of record on behalf of Plaintiffs Rebecca Schwartz, Zachary Chin, Joseph Flinders, Daniel Chou, and Quiana Pleasant in the above-captioned matter:

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel:   (202) 350-4783
Fax:   (202) 871-8180
Email: jkaliel@kalielpllc.com

Dated:  January 14, 2022                Respectfully submitted,

**KALIELGOLD PLLC**

By:*/s/ Jeffrey D. Kaliel*
   Jeffrey D. Kaliel (SBN 238293)
   sgold@kalielgold.com
   **KALIELGOLD PLLC**
   1100 15th Street NW, 4th Floor
   Washington, D.C. 20005
   Tel:   (202) 350-4783
   Fax:   (202) 871-8180
   Email: jkaliel@kalielpllc.com

   *Attorneys for Plaintiffs and the Proposed Class*

# PROOF OF SERVICE
Schwartz, et al., v. Doordash, Inc.
USDC, Northern District of California Case No. 3:22-cv-00250

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the District of Columbia. My business address is 1100 15th Street, 4th Floor, Washington, D.C. 20005.

On January 14, 2022, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF JEFFREY D. KALIEL** on the interested parties in this action as follows:

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ngarcia@kalielgold.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 14, 2022, at Los Angeles, California.

*/s/ Neva Garcia*
Neva Garcia