DocuSign Envelope ID: B396D371-5C8A-4304-A6B4-02E2C009918E

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
    jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
    mholecek@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
    isamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant DOORDASH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA SCHWARTZ, ZACHARY CHIN, JOSEPH FLINDERS, DANIEL CHOU, and QUIANA PLEASANT, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:22-cv-00250-YGR<br><br>**DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Action Filed:  November 5, 2021<br><br>Honorable Judge Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

DocuSign Envelope ID: B396D371-5C8A-4304-A6B4-02E2C009918E

I, Victor Shao, declare as follows:

1.    I am an adult over the age of 18 and a resident of the state of Washington. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2.    I am currently employed as Director, New Verticals for DoorDash, Inc. ("DoorDash"). I have been employed by DoorDash since 2016. Due to my tenure at DoorDash, I have knowledge of consumer-facing aspects of DoorDash's business and I have comprehensive knowledge of DoorDash's business model and operating systems.

3.    DoorDash is a technology company headquartered in San Francisco, California that facilitates food ordering and food delivery through its online platform. DoorDash's platform connects consumers, a broad array of restaurants and stores, and independent-contractor delivery providers ("contractors"). Consumers may access the DoorDash platform via the DoorDash website or a mobile application ("DoorDash app") on a smartphone. Contractors typically receive delivery opportunities via an application on their smartphone or other mobile device. Consumers typically place orders via the DoorDash app. Consumers also pay for their orders, and provide any optional tip to the delivery provider, via the DoorDash app.

4.    I am familiar with DoorDash's consumer account sign-up processes, the systems implementing those processes, and the data generated by those processes, including as those processes, systems, and data existed and were maintained since February 2019. Throughout my tenure at DoorDash, I have worked closely with our product, engineering, and data and analytic teams.

5.    I make this declaration in support of DoorDash's Motion To Compel Arbitration and Stay Proceedings. I am authorized to make these statements on behalf of DoorDash. In my position as Director, New Verticals for DoorDash, I have access to and personal knowledge of the matters and information set forth in this declaration. The data from which the information set forth in this declaration was determined is maintained in the regular course of DoorDash's business.

## I.                    PLAINTIFF JOSEPH FLINDERS

6.    Plaintiff Joseph Flinders alleges he placed an order totaling $22.62 from Indian Bistro on October 2, 2020. *See* Compl. ¶ 78. DoorDash's business records reflect that an order from an Indian

Gibson, Dunn &
Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

Bistro in Ohio was placed on October 2, 2020 from a DoorDash account under the name "E Flinders." The email address associated with the account was flinders.jo@gmail.com and the associated phone number had an Ohio area code. DoorDash's business records show Flinders signed up for his DoorDash account on October 2, 2020. Attached hereto as **Exhibit A** is a true and correct copy of a DoorDash business record showing the date and time Flinders joined the DoorDash platform. Exhibit **A** shows the account information associated with Flinders's account, including his name, account number, address, email address, and phone number.

7. To sign up for a DoorDash account in October 2020 on a mobile device via doordash.com, prospective consumers like Flinders could enter their name, email address, phone number, and a password on the sign-up screen. Upon completing these fields, a prospective consumer could create an account by tapping or clicking the "Sign Up" button below the fields. Prospective consumers like Flinders alternatively could create a DoorDash account by using their Google, Facebook, or Apple accounts—e.g., by clicking "Continue with Google," "Continue with Facebook," or "Continue with Apple." In October 2020, directly below the "Sign Up" button on the account sign-up screen was the statement: "By clicking Sign up, Continue with Facebook, Continue with Google or Continue with Apple, you agree to our Terms and Conditions and Privacy Statement." The words "Terms and Conditions" were in red font, underlined, and hyperlinked to the DoorDash Terms and Conditions ("T&C") in effect at the relevant time. When a prospective consumer tapped or clicked on any of the hyperlinked words "Terms and Conditions," the T&C in effect as of that date were displayed on a new page where the prospective consumer could readily review them by scrolling or by printing them. The image below is a true and correct copy of the appearance of the account sign-up screen on doordash.com as it existed at or around the time Flinders signed up for a DoorDash account in October 2020.

Gibson, Dunn &
Crutcher LLP

3

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR



Attached hereto as **Exhibit B** is a true and correct copy of the text of the T&C that were in effect on October 2, 2020.

8.    Before agreeing to the T&C, prospective consumers like Flinders were free to scroll through the T&C at their leisure, on their own terms, and to seek the input of an attorney or trusted advisor if they so chose.  They were equally free not to continue creating their accounts.  Prospective consumers who continued to create accounts by tapping or clicking "Sign Up," "Continue with Facebook," "Continue with Google," or "Continue with Apple" manifested their consent to the then-operative T&C by doing so.

9.    Flinders created his DoorDash account on October 2, 2020 by selecting the "Continue with Google" button on a mobile device using doordash.com, and thus necessarily accepted the then-

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

Gibson, Dunn &
Crutcher LLP

operative T&C attached hereto as Exhibit **B** through that action. Attached hereto as **Exhibit C** is a true and correct copy of the DoorDash business record showing that Flinders (i.e., the account number belonging to the DoorDash account in Exhibit **A**) used Google sign-up. Given the design and coding of the account sign-up screen at the relevant time, Flinders would have been able to view the full disclosure on this screen informing him that tapping the "Continue with Google" button would affirm his agreement to the T&C. Once Flinders tapped the "Continue with Google" button, he would have been taken to a second screen to choose a Google account email address for the creation of his DoorDash account. To the best of my knowledge, that screen informed Flinders that "To continue, Google will share your name, email address, language preference, and profile picture with DoorDash. Before using this app, you can review DoorDash's privacy policy and terms of service." The words "terms of service" were in blue font and hyperlinked to the DoorDash T&C in effect at the relevant time. When a prospective consumer tapped or clicked on any of the hyperlinked words "terms of service," the T&C in effect as of that date were displayed on a new page where the prospective consumer could readily review them by scrolling or by printing them. The image below is a true and

Gibson, Dunn &
Crutcher LLP

5

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

correct copy of a screen (with personal identifying information redacted) materially identical to what Flinders saw after tapping "Continue with Google" to create his DoorDash account in October 2020.



10.     DoorDash business records reflect that Flinders placed his first order on the DoorDash platform on October 2, 2020.

11.     Flinders alleges he made at least two other orders on the DoorDash platform:  (1) an order totaling $37.47 from an Indian Bistro on November 15, 2020, and (2) an order totaling $18.70 from a Chipotle on December 5, 2020.  *See* Compl. ¶ 85.  DoorDash business records reflect that Flinders placed the following orders:  (1) an order from an Indian Bistro location in Ohio on November 15, 2020, and (2) an order from a Chipotle location in Ohio on December 5, 2020.

12.     DoorDash updates its T&C from time to time.  One such update occurred on November 10, 2020, when DoorDash posted a new version of the T&C on its website.  Attached hereto as **Exhibit D** is a true and correct copy of the updated T&C that were posted on the DoorDash website on

Gibson, Dunn &
Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

DocuSign Envelope ID: B396D37 1-5C8A-4304-A6B4-02F2C009918E

or about November 10, 2020.  DoorDash's business records reflect that Flinders continued using the DoorDash platform after November 10, 2020—the effective date of these updated T&C.

13.    DoorDash again updated its T&C on December 22, 2020, and posted the updated T&C on its website.  Attached hereto as **Exhibit E** is a true and correct copy of the updated T&C that were posted on the DoorDash website on or about December 22, 2020.  DoorDash's business records reflect that Flinders continued using the DoorDash platform after December 22, 2020—the effective date of these updated T&C.

14.    DoorDash again updated its T&C on February 22, 2021, and posted the updated T&C on its website.  Attached hereto as **Exhibit F** is a true and correct copy of the updated T&C that were posted on the DoorDash website on or about February 22, 2021.  DoorDash's business records reflect that Flinders continued using the DoorDash platform after February 22, 2021—the effective date of these updated T&C.

15.    DoorDash again updated its T&C on March 29, 2021, and posted the updated T&C on its website.  Attached hereto as **Exhibit G** is a true and correct copy of the updated T&C that were posted on the DoorDash website on or about March 29, 2021.  DoorDash's business records reflect that Flinders continued using the DoorDash platform after March 29, 2021—the effective date of these updated T&C—and that Flinders last placed an order on the DoorDash platform on June 5, 2021.

16.    DoorDash's business records do not reflect any attempt by Flinders to opt out of the arbitration agreement contained in any of the various iterations of the DoorDash T&Cs described in Paragraphs 7 through 15 above.

**II.        PLAINTIFF ZACHARY CHIN**

17.    Plaintiff Zachary Chin alleges he placed an order totaling $85.74 from LoveMama on December 5, 2020.  *See* Compl. ¶ 70.  DoorDash's business records reflect that an order from a LoveMama location in New York was placed on December 5, 2020, from a DoorDash account under the name "Zachary Chin."  DoorDash's business records show that Chin signed up for his DoorDash account on October 29, 2020, using an Android device.  Attached hereto as **Exhibit H** is a true and correct copy of a DoorDash business record showing the date and time Chin joined the DoorDash

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

Gibson, Dunn &
Crutcher LLP

platform.  Exhibit **H** shows the account information associated with Chin's account, including his name, account number, address, email address, and phone number.

18.    To sign up for a DoorDash account in October 2020 on an Android device, prospective consumers like Chin would first see a screen in the DoorDash App with a button that said "Get started." Immediately below that button was the statement:  "By clicking Sign up, Continue with Facebook, or Continue with Google, you agree to our Terms and Conditions and Privacy Statement."  The words "Terms and Conditions" were in blue font, underlined, and hyperlinked to the DoorDash T&C in effect at the relevant time.  Given the design and coding of the account sign-up screen at the relevant time, a prospective user like Chin would have been able to view the full disclosure on this screen informing him that tapping the "Continue with Google" button would affirm his agreement to the T&C.  The image below is a true and correct copy of this initial sign-up screen as it would have existed at or around the time Chin signed up for a DoorDash account in October 2020.



19.    When a prospective user like Chin tapped the "Get started" button from this initial

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

Gibson, Dunn &
Crutcher LLP

screen, the prospective user would be taken to a second screen where they could create a DoorDash account by clicking "Continue with Google" or "Continue with Facebook" and using their Google or Facebook account log-in credentials.  In October 2020, directly below the "Sign Up," "Continue with Google," and "Continue with Facebook" buttons on the account sign-up screen was the statement:  "By clicking Sign up, Continue with Facebook, Continue with Google or Continue with Apple, you agree to our Terms and Conditions and Privacy Statement."  The words "Terms and Conditions" were in red font, underlined, and hyperlinked to the DoorDash T&C in effect at the relevant time.  The image below is a true and correct copy of the appearance of the account sign-up screen as it existed at or around the time Chin signed up for a DoorDash account in October 2020.



When a prospective DoorDash user tapped on any of the hyperlinked words "Terms and Conditions," the T&C in effect as of that date were displayed on a new page where the prospective user could readily

9

Gibson, Dunn & Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

review them by scrolling or by printing them. *See* Exhibit **B**.

20. Before agreeing to the T&C, prospective consumers like Chin were free to scroll through the T&C at their leisure, on their own terms, and to seek the input of an attorney or trusted advisor if they so chose. They were equally free not to continue creating their accounts. Prospective consumers who continued to create accounts by tapping "Sign up," "Continue with Facebook," or "Continue with Google" manifested their consent to the then-operative T&C by doing so.

21. Chin created his DoorDash account on October 29, 2020 by selecting the "Continue with Google" button on an Android device, and thus necessarily accepted the then-operative T&C attached hereto as Exhibit **B** through that action. Attached hereto as **Exhibit I** is a true and correct copy of the DoorDash business record showing that Chin (i.e., the account number belonging to the DoorDash account in Exhibit **G**) used Google sign-up. Given the design and coding of the account sign-in screen at the relevant time, Chin would have been able to view the full disclosure on this screen informing him that tapping the "Continue with Google" button would affirm his agreement to the T&C. Once Chin tapped the "Continue with Google" button, he would have been taken to a second screen to input or choose a Google account email address for the creation of his DoorDash account. To the best of my knowledge, that screen informed Chin that "To continue, Google will share your name, email address, language preference, and profile picture with DoorDash. Before using this app, you can review DoorDash's privacy policy and terms of service." The words "terms of service" were in blue font and hyperlinked to the DoorDash T&C in effect at the relevant time. The image below is a true and correct copy of a screen materially identical to what Chin saw after tapping "Continue with Google" to create his DoorDash account in October 2020.

Gibson, Dunn &
Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR



22.    Chin alleges he made two other orders on the DoorDash platform:  (1) an order totaling $76.34 from La Palmera Family Mexican Restaurant on November 24, 2020, and (2) an order totaling $56.18 from Red Hot & Blue on November 25, 2020.  *See* Compl. ¶ 77.  DoorDash business records reflect that Chin placed the following orders on the DoorDash platform:  (1) an order from a La Palmera Mexican Restaurant location in Washington on November 24, 2020, and (2) an order from a Red Hot & Blue location in Virginia on November 25, 2020.

23.    On November 24, 2020, before placing his order from La Palmera Mexican Restaurant, Chin also used his DoorDash account to sign up for DashPass—DoorDash's subscription product through which subscribers pay no delivery fee on eligible orders.  Attached hereto as **Exhibit J** is a true and correct copy of a DoorDash business record showing the date and time Chin enrolled in DashPass.  In November 2020, on the DashPass sign-up screen directly adjacent to the "Get DashPass"

11

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

button was the statement: "By tapping the button below, you agree to the Terms and Conditions. You also agree to a recurring monthly charge (currently $9.99) until you cancel. Cancel in app or online prior to the renewal date to avoid future charges. See Cancellation Policy." The words "Terms and Conditions" were in blue font, underlined, and hyperlinked to the T&C in effect at the relevant time. The image below is a true and correct copy of the appearance of the DashPass signup screen (with personal identifying information redacted) as it existed at or around the time Chin signed up for DashPass in November 2020.

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

Gibson, Dunn & Crutcher LLP

When a prospective DoorDash user tapped or clicked on any of the hyperlinked words "Terms and Conditions," the T&C in effect as of that date were displayed on a new page where the prospective user could readily review them by scrolling or by printing them.  *See* Exhibit **D**.

24.     Before agreeing to the T&C, prospective DashPass users like Chin were free to scroll through the T&C at their leisure, on their own terms, and to seek the input of an attorney or trusted advisor if they so chose.  They were equally free not to continue to sign up for DashPass.  Prospective DashPass users who continued to sign up for DashPass by tapping or clicking "Get DashPass" manifested their consent to the then-operative T&C by doing so.

25.     Chin signed up for DashPass on November 24, 2020, by selecting "Get DashPass," and thus necessarily accepted the then-operative T&C attached hereto as Exhibit **D** through that action. Given the design and coding of the DashPass sign-up screen at the relevant time, Chin would have been able to view the full disclosure on this screen informing him that tapping the "Get DashPass" button would affirm his agreement to the T&C.  DoorDash's business records reflect that Chin used the DoorDash platform after November 24, 2020, including to place the December 5, 2020 LoveMama order alleged in the Complaint.

26.     DoorDash's business records reflect that Chin continued using the DoorDash platform after November 10, 2020—the effective date of the updated T&C from November 2020 attached hereto as Exhibit **D**—and that Chin last used the DoorDash platform to place an order for delivery on December 5, 2020.

27.     DoorDash's business records do not reflect any attempt by Chin to opt out of the arbitration agreement contained in any of the various iterations of the DoorDash T&Cs described in Paragraphs 19 through 26 above.

**III.     PLAINTIFF QUIANA PLEASANT**

28.     Plaintiff Quiana Pleasant alleges she placed an order totaling $48.20 from a Bertucci's on May 1, 2020.  *See* Compl. ¶ 94.  DoorDash's business records reflect that an order from a Bertucci's location in Massachusetts was placed from a DoorDash account under the name "Quiana Pleasant." DoorDash's business records show Pleasant first signed up for her DoorDash account on February 19, 2019, using a mobile device through doordash.com (hereinafter, "First Account").  The email address

Gibson, Dunn &
Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

DocuSign Envelope ID: B396D271-5C8A-4304-A6B4-02E2C009918E

associated with this account was qp8383@gmail.com and the associated phone number had a Boston area code. Attached hereto as **Exhibit K** is a true and correct copy of a DoorDash business record showing the date and time Pleasant joined the DoorDash platform. Exhibit **K** shows the account information associated with Pleasant's First Account, including her name, account number, address, email address, and phone number.

29. DoorDash's business records show that Pleasant signed up for a DoorDash account once more, on December 10, 2020, using the email address eleganceandabstract@icloud.com and a Massachusetts phone number (hereinafter, "Second Account"). Attached hereto as **Exhibit L** is a true and correct copy of a DoorDash business record showing the December 2020 account signup.[1] Exhibit **L** shows the account information associated with Pleasant's Second Account, including her name, account number, address, email address, and phone number.

30. To sign up for a DoorDash account in February 2019—when Pleasant created her first consumer account—prospective consumers like Pleasant could create a DoorDash account by using their Google or Facebook log-in credentials—i.e., clicking "Continue with Google" or "Continue with Facebook." In February 2019, directly above the "Sign up" button and below the "Continue with Google," and "Continue with Facebook" buttons on the account sign-up screen was the statement: "By clicking Sign up, Continue with Facebook, or Continue with Google, you agree to our Terms and Conditions and Privacy Statement." The words "Terms and Conditions" were in blue font, underlined, and hyperlinked to the DoorDash T&C in effect at the relevant time. When a prospective consumer tapped or clicked on any of the hyperlinked words "Terms and Conditions," the T&C in effect as of that date were displayed on a new page where the prospective consumer could readily review them by scrolling or by printing them. The image below is a true and correct copy of the appearance of the account sign-up screen as it existed at or around the time Pleasant signed up for her First Account on doordash.com.

---

[1] Exhibit **L** indicates Pleasant's account was created on December 11, 2020. Other DoorDash business records confirm Pleasant created her DoorDash account on December 10, 2020 in the time zone she was in (the DoorDash record reflected in Exhibit **I** is based on a different time zone). *See* Exhibit **N**.

14

Gibson, Dunn & Crutcher LLP



Attached hereto as **Exhibit M** is a true and correct copy of the text of the T&C that were in effect on February 19, 2019, when Pleasant signed up for the First Account.

31.    Before agreeing to the T&C, prospective consumers like Pleasant were free to scroll through the T&C at their leisure, on their own terms, and to seek the input of an attorney or trusted advisor if they so chose.  They were equally free not to continue creating their accounts.  Prospective consumers who continued to create accounts by tapping or clicking "Continue with Google" manifested their consent to the then-operative T&C by doing so.

32.    Pleasant created her First Account, by selecting the "Continue with Google" button on a mobile device from doordash.com, and thus necessarily accepted the then-operative T&C attached hereto as Exhibit **M** through that action.  Attached hereto as **Exhibit N** is a true and correct copy of the DoorDash business record showing that Pleasant (i.e., the account number belonging to the DoorDash account in Exhibit **L**) used Google sign-up.  Given the design and coding of the account sign-up screen

15

Gibson, Dunn &
Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

at the relevant time, Pleasant would have been able to view the full disclosure on this screen informing her that tapping the "Continue with Google" button would affirm her agreement to the T&C.

33.    Pleasant created the Second Account on December 10, 2020.  To sign up for a DoorDash account in December 2020, prospective consumers like Pleasant could create a DoorDash account by using their Google, Facebook, or Apple log-in credentials—i.e., by clicking "Continue with Google," "Continue with Facebook," or "Continue with Apple."  In December 2020, directly below the "Sign Up," "Continue with Google," "Continue with Facebook," and "Continue with Apple" buttons on the account sign-up screen was the statement:  "By clicking Sign up, Continue with Facebook, Continue with Google or Continue with Apple, you agree to our Terms and Conditions and Privacy Statement." The words "Terms and Conditions" were in blue font and hyperlinked to the DoorDash T&C in effect at the relevant time.  When a prospective consumer tapped or clicked on any of the hyperlinked words "Terms and Conditions," the T&C in effect as of that date were displayed on a new page where the prospective consumer could readily review them by scrolling or by printing them.  The image below is

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

Gibson, Dunn & Crutcher LLP

a true and correct copy of the appearance of the account sign-up screen as it existed at or around the time Pleasant signed up for her Second Account.



34.    Before agreeing to the T&C, prospective consumers like Pleasant were free to scroll through the T&C at their leisure, on their own terms, and to seek the input of an attorney or trusted advisor if they so chose.  They were equally free not to continue creating their accounts.  Prospective consumers who continued to create accounts by tapping or clicking "Sign up," "Continue with Facebook," "Continue with Google," or "Continue with Apple" manifested their consent to the then-operative T&C by doing so.

35.    Pleasant created her Second Account by selecting the "Continue with Apple" button on an iOS device, and thus necessarily accepted the then-operative T&C attached hereto as Exhibit **C**

Gibson, Dunn &
Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

through that action. *See* Exhibit **N** (showing that Pleasant (i.e., the account number belonging to the DoorDash account in Exhibit **I**) used Apple sign-up). Given the design and coding of the account sign-up screen at the relevant time, Pleasant would have been able to view the full disclosure on this screen informing her that tapping the "Continue with Apple" button would affirm her agreement to the T&C.

36.     DoorDash's business records reflect that Pleasant placed the Bertucci's order alleged in the Complaint on May 1, 2020. Pleasant alleges she placed at least three other orders on the DoorDash app: (1) an order totaling $46.34 from a Chili's Grill & Bar on November 24, 2020; (2) an order totaling $22.86 from an Auntie Anne's on November 24, 2020; and (3) an order totaling $58.99 from a Chili's Grill & Bar on November 1, 2020. *See* Compl. ¶ 101. DoorDash's business records reflect that Pleasant placed the following orders: (1) a November 24, 2020 order from a Chili's location in Massachusetts; (2) a November 24, 2020 order from an Auntie Anne's location in Massachusetts; and (3) a November 1, 2020 order from a Chili's location in Massachusetts.

37.     DoorDash's business records also reflect that Pleasant first placed an order using the First Account on February 27, 2019, and last placed an order using the First Account on May 1, 2020. DoorDash's business records reflect that Pleasant first placed an order using the Second Account on December 10, 2020, and last placed an order using the Second Account on May 18, 2021.

38.     DoorDash updates its T&C from time to time. One such update occurred on August 22, 2019, when DoorDash posted a new version of the T&C on its website. Attached hereto as **Exhibit O** is a true and correct copy of the updated T&C that were posted on the DoorDash website on or about August 22, 2019. The August 2019 T&C had an effective date of January 1, 2020. DoorDash, from time to time, also notifies consumers of the operative T&C that apply to their use of a consumer account

Gibson, Dunn & Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

in other ways. For example, on or around December 20, 2019, DoorDash emailed Pleasant the following message, substantially in this form, at qp8383@gmail.com.

> Hi Quiana,
>
> As we continue to improve DoorDash's products and features we've also been working on improving our Terms and Conditions and Privacy Policy. The updates we've made will be effective for existing users as of January 1, 2020 so please take time to review them.
>
> Be sure to review the documents in full to ensure you understand them since they govern your continued use of DoorDash. Below are some highlights:
>
> **Terms and Conditions**: We've updated the Terms and Conditions to make them easier to read and better explain how we communicate with you and obtain your consent. The updated Terms elaborate on promotional offers and credits and provide additional information about our automatically renewing DashPass subscription program. The revised Terms also explain how we moderate content.
>
> **Privacy Policy**: We've updated the Privacy Policy to make it easier to understand and better describe how we obtain information to help us provide the best possible service to customers, including publicly available sources and third parties. The updated Privacy Policy also provides more information on how to send referrals to your contacts and discusses our use of online analytics. It also explains that we may share information with related entities. It also describes new privacy features and California privacy rights afforded to consumers under the CCPA.
>
> We encourage you to review our updated Terms and Conditions and Privacy Policy and additional FAQ resources here. The old versions of the Terms and Conditions and Privacy Policy will be visible through March 1, 2020.
>
> - The DoorDash Team

DoorDash's business records reflect Pleasant continued using the DoorDash platform after January 1, 2020—the effective date of these updated T&C.

39. DoorDash again updated its T&C on July 13, 2020, and posted the updated T&C on its website. *See* Exhibit **B**. DoorDash's business records reflect that Pleasant continued using the DoorDash platform after July 13, 2020—the effective date of these updated T&C.

40. DoorDash again updated its T&C on November 10, 2020, and posted the updated T&C on its website. *See* Exhibit **D**. DoorDash's business records reflect that Pleasant continued using the DoorDash platform after November 10, 2020—the effective date of these updated T&C.

41. DoorDash again updated its T&C on December 22, 2020, and posted the updated T&C on its website. *See* Exhibit **E**. DoorDash's business records reflect that Pleasant continued using the DoorDash platform after December 22, 2020—the effective date of these updated T&C.

Gibson, Dunn & Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

42.     DoorDash again updated its T&C on February 22, 2021, and posted the updated T&C on its website. *See* Exhibit **F**. DoorDash's business records reflect that Pleasant continued using the DoorDash platform after February 22, 2021—the effective date of these updated T&C.

43.     DoorDash again updated its T&C on March 29, 2021, and posted the updated T&C on its website. *See* Exhibit **G**. DoorDash's business records reflect that Pleasant continued using the DoorDash platform after March 29, 2021—the effective date of these updated T&C—and that Pleasant last placed an order using the DoorDash platform on May 18, 2021.

44.     DoorDash's business records do not reflect any attempt by Pleasant to opt out of the arbitration agreement contained in any of the various iterations of the DoorDash T&Cs described in paragraphs 30 through 43 above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington, on this 23d of March, 2022.

DocuSigned by:

*Victor Shao*

4E3B68F9857D4AA...

Gibson, Dunn & Crutcher LLP

DECLARATION OF VICTOR SHAO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. – CASE NO. 4:22-CV-00250-YGR

EXHIBIT A

| Name | Consumer Id | Date Joined | Address | City | State | Zip Code | Country | Email | Phone Number | Is Staff |
|------|-------------|-------------|---------|------|-------|----------|---------|-------|--------------|----------|
| E Flinders | 428225957 | 2020-10-02 21:20:40 | ███ | Batavia | OH | 45103 | United States | ███ | +1513███ | FALSE |

# EXHIBIT B



United States ▼

## Terms and Conditions – United States
### DoorDash Consumers

# Terms and Conditions Agreement

Effective: July 13, 2020

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS ("AGREEMENT") CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION, AND ITS AFFILIATED COMPANIES, INCLUDING CAVIAR, LLC (COLLECTIVELY, "DOORDASH," "WE," "US," OR "OUR").

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

## 1. Acceptance of this Agreement

DoorDash, including its wholly-owned subsidiary Caviar, provides an online marketplace connection, using web-based technology that connects you and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors"). DoorDash's software permits consumers to place orders for food and/or other goods from various restaurants and businesses (the "Software"). Once such orders are made, the DoorDash software notifies Contractors that a delivery opportunity is available and the software facilitates completion of the delivery to the consumer. DoorDash is not a restaurant, delivery service, or food preparation business.

If you access any of our websites located at https://www.doordash.com/ (https://www.doordash.com/) and https://trycaviar.com, install or use our DoorDash or Caviar mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a "Service" and collectively, the "Services"), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash; and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use the Services.

## 2. Modifications

Subject to Section 12(h) of this Agreement, DoorDash reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Software or Services at any time, effective upon posting of an updated version of this Agreement through the Services. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

## 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

## 4. Rules and Prohibitions

Without limiting other rules and prohibitions in this Agreement, by using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

(e) You will not use the Services to cause nuisance, annoyance or inconvenience.

(f) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Merchant, user or Contractor, unless DoorDash has given you prior permission to do so in writing.

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to our websites or access our websites manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of our websites or any content on our websites.

(p) You will not scrape or otherwise conduct any systematic retrieval of data or other content from the Services.

(q) You will not try to harm other Users, DoorDash, or the Services in any way whatsoever.

(r) You will not engage in threatening, harassing, racist, sexist or any other behavior that DoorDash deems inappropriate when using the Services.

(s) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(t) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first time users.

(u) You will not attempt to undertake any of the foregoing.

In the event that we believe or determine that you have breached any of the aforementioned, we reserve the right to suspend and/or permanently deactivate your account at our sole discretion.

## 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. DoorDash is not the retailer of any products offered by Merchants, nor is it in the delivery business or a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

You agree that the goods that you purchase will be prepared by the Merchant you have selected, that title to the goods passes from the Merchant to you at the Merchant's location, and that the Contractor will be directed by your instructions to transport the products to your designated delivery location. You agree that neither the Contractor nor DoorDash holds title to or acquires any ownership interest in any goods that you order through the Services.

## 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). We may enable or require you to use a single pair of login credentials to use the DoorDash and/or Caviar services. You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

## 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the Services. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username and/or other User profile information, including without limitation your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the functionality of the Services. In the interest of clarity, the license granted to DoorDash herein shall survive termination of the Services or your account. DoorDash reserves the right in its sole discretion to remove or disable access to any User Content from the Services, suspend or terminate your account at any time, or pursue any other remedy or relief available under equity or law if you post any User Content that violates this Agreement or we consider to be objectionable for any reason. You agree that DoorDash may monitor and/or delete your User Content (but does not assume the obligation) for any reason in DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (i) satisfy any applicable law, regulation, legal process, or governmental request, (ii) enforce this Agreement, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security, or technical issues, (iv) respond to User support requests, or (v) protect the rights, property or safety of DoorDash, its users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Merchant or business; and (iv) your review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews or otherwise violates this Agreement, we may remove such User Content without notice.

## 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing the Settings in your account. To opt out of receiving promotional text messages from DoorDash, you must reply "STOP" from the mobile device receiving the messages. For purposes of clarity, delivery text messages between you and Dashers are transactional text messages, not promotional text messages.

## 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com with contact information and the address for delivery.

## 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash names, DoorDash logos, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

## 11. Payment Terms

(a) **Prices.** You understand that: (a) the prices for menu items displayed through the Services may differ from the prices offered or published by Merchants for the same menu items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. For certain transactions, the subtotals shown at checkout are estimates that may be higher or lower depending on the final in store totals. In those situations, DoorDash reserves the right to charge your payment method the final price after checkout. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). Payment will be processed by DoorDash, using the preferred payment method designated in your account.

(b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) **Promotional Offers and Credits.** DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and Conditions for Promotional Offers and Credits (the current version of which is available at http://drd.sh/rtb7p2/ (http://drd.sh/rtb7p2/) and which is incorporated in this Agreement by reference) apply to all promotional offers. DoorDash may also offer gratuitous credits, which can be used for the Services. Any credit issued by DoorDash is valid for 6 months from the date of issue except to the extent prohibited under applicable law and may not be redeemed for cash or cash equivalent. Upon expiration, credits will be removed from your account. Expired credits are no longer redeemable and cannot be used towards any order.

(d) **Fees for Services.** DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.  DoorDash may also charge merchants fees on orders that you place through the services, including commissions and other fees, and may change those merchant fees as we deem necessary or appropriate for our business or to comply with applicable law.

(e) **Referral Program.** DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash. Users and place their initial order through the Service by using a unique referral ID link (**"Personal Link"**). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) **DashPass Subscriptions.**

*General* – DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees and other fees may apply. We reserve the right to add and modify fees as discussed in this Section. Your DashPass benefits will extend to both DoorDash and Caviar when you register for a DashPass subscription.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN ELIGIBLE PAYMENT METHOD THAT WE HAVE ON FILE FOR YOU. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your DashPass subscription. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

*Corporate DashPass Subscriptions* - Notwithstanding any other provision in these terms, you may be eligible for a complimentary DashPass subscription when your employer registers for a Corporate DashPass Subscription. If you have a complimentary DashPass subscription through your employer, your account will begin and end in accordance with the terms of your employer's corporate subscription unless your subscription is otherwise cancelled. To receive the subscription benefits, you must register using your corporate email address and be an authorized user added by your employer, and then click the activation button. Benefits of DashPass from DoorDash include no delivery fees on orders that total over $12 (amount subject to change); however, other fees on food orders may apply.

*Trial or Promotional Subscriptions* - From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to these Terms and the DoorDash Terms of Promotions except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations* - You can cancel your DashPass subscription at any time through the Application or on doordash.com. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription) and on Caviar here (https://help.trycaviar.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For monthly subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may refund your DashPass fee in its sole discretion. For annual subscribers, if you cancel your DashPass subscription within thirty (30) days of placing your first DashPass-eligible order, DoorDash may refund your DashPass annual fee in its sole discretion.

If you cancel your DashPass subscription at any other time, you will not receive a refund, but you can continue to enjoy the Reduced Fees and other DashPass benefits through the end of your then-current subscription period.

*Updates and Changes* - The DashPass prices and features may change in the future. If DoorDash changes the monthly or annual fee charged for a DashPass subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash* - Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because we determine, in our sole discretion, that your actions or your use of the Services violates this Agreement or has harmed another User.

(g) Gift Cards. Except as provided below, Gift Cards may be redeemable towards eligible orders placed on www.doordash.com (https://www.doordash.com/) or www.trycaviar.com (http://www.trycaviar.com) in the Caviar and DoorDash apps in the United States. But if you have a Gift Card that was purchased and used September 15, 2020, you must use any remaining balance of that Gift Card on the service (Caviar or DoorDash) where the card was first redeemed. Gift Cards are made available and provided by DoorDash Inc. Gift Cards are not redeemable for cash except when required by applicable law. For more information on the Gift Card Terms and Conditions, visit dasherhelp.doordash.com/doordash-gift-cards. (https://dasherhelp.doordash.com/doordash-gift-cards)

## 12. Dispute Resolution.

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH DOORDASH AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

(a) Scope of Arbitration Agreement. You agree that any dispute or claim relating in any way to your access or use of the Services as a consumer of our Services, to any advertising or marketing communications regarding DoorDash or the Services, to any products or services sold or distributed through the Services that you received as a consumer of our Services, or to any aspect of your relationship or transactions with DoorDash as a consumer of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or DoorDash may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

CASES HAVE BEEN FILED AGAINST DOORDASH—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH DOORDASH, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST DOORDASH IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) Arbitration Rules and Forum. This Arbitration Agreement is governed by the Federal Arbitration Act in all respects. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent, General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/ (http://www.jamsadr.com/rules-streamlined-arbitration/); all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/ (http://www.jamsadr.com/rules-comprehensive-arbitration/). JAMS's rules are also available at www.jamsadr.com (http://www.jamsadr.com/) (under the Rules/Clauses tab) or by calling JAMS at 800-352-5267. Payment of all filing, administration, and arbitration fees will be governed by JAMS's rules. If the arbitrator finds that you cannot afford to pay JAMS's filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from JAMS, DoorDash will pay them for you. In addition, DoorDash will reimburse all such JAMS's filing, administrative, hearing and/or other fees for claims with an amount in controversy totaling less than $10,000. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the country where you live or at another mutually agreed location.

(c) Arbitrator Powers. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitration will decide the rights and liabilities, if any, of you and DoorDash. The arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and DoorDash.

(d) Waiver of Jury Trial. YOU AND DOORDASH WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and DoorDash are instead electing to have claims and disputes resolved by arbitration, except as specified in section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(e) Waiver of Class or Consolidated Actions. YOU AND DOORDASH AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor DoorDash is entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 20.

(f) Opt Out. You may opt out of this Arbitration Agreement. If you do so, neither you nor DoorDash can force the other to arbitrate as a result of this Agreement. To opt out, you must notify DoorDash in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you used to set up your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND DOORDASH RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A Contractor. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A Contractor, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO AFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH DOORDASH.

(g) Survival. This Arbitration Agreement will survive any termination of your relationship with DoorDash.

(h) Modification. Notwithstanding any provision in the Agreement to the contrary, we agree that if DoorDash makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to DoorDash.

## 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's Website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Application is dependent on the third party from which you received the Application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the Application and the Services, the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Application, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Application or the Services. You agree to comply with, and your license to use the Application is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Application. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

## 14. Social Media Guidelines.

DoorDash maintains certain social media pages for the benefit of the DoorDash community. By posting, commenting, or otherwise interacting with these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

## 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years old, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 16. Indemnification

You agree to indemnify and hold harmless DoorDash and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Software or Services; (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

## 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

## 18. Internet Delays

The Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in DoorDash's privacy policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

## 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost. You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND ECONOMIC ADVANTAGE). **THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY DOORDASH'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.**

## 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for DoorDash's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd St, Suite 800, San Francisco, CA 94107.

## 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

(e) **Accessing and Downloading the Application from iTunes.** The following applies to any Application accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

(1) You acknowledge and agree that (i) the Agreement is concluded between you and DoorDash only, and not Apple, and (ii) DoorDash, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

(f) **Notice.** Where DoorDash requires that you provide an e-mail address, you are responsible for providing DoorDash with your most current e-mail address. In the event that the last e-mail address you provided to DoorDash is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, DoorDash's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

## 24. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

Not a DoorDash Customer? Check out your help site below!



I'm a

Dasher

(https://help.doordash.com/dashers/s/)

I'm a

Merchant

(https://help.doordash.com/merchants/s/)

**Get to Know Us**

About Us (https://www....

Careers (https://www.d...

Blog (http://blog.doord...

LinkedIn (https://www.li...

GlassDoor (https://www...

Accessibility (https://w...

**Let Us Help You**

Account Details (https:/...

Order History (https://w...

Help (https://help.door...

Have an emergency? (h...

**Doing Business**

Become a Dasher (https...

Be a Partner Restaurant...

Get Dashers for Deliveri...

(https://play.google.com/store/apps/details?yst=collab.ios.doordash&rac

Terms of Service (https://www.doordash.com/terms/)
Privacy (https://www.doordash.com/privacy/)
Delivery Locations (https://www.doordash.com/food-delivery/)    © 2020 DoorDash

(http://facebook.com/doordash)   (http://twitter.com/doordash)
(http://instagram.com/doordash)   (https://www.glassdoor.com/Overview/Working-at-DoorDash-EI_IE813073.11.19.htm)

EXHIBIT C

| EVENT_DATE | DD_DEVICE_ID | PLATFORM | CONVERT_TIMEZONE('UTC','US/PACIFIC',RECEIVED_AT) | EVENT_TYPE | USER_ID | EXPERIENCE | EMAIL | TRAFFIC_CONSUMER_ID |
|---|---|---|---|---|---|---|---|---|
| 10/2/2020 | dx_2f261fd1cb5f4775947e3647e6c8e080 | | 2020-10-02 14:20:50 | google_signup_successful | 436651407 | doordash | | 428225957 |
| 10/2/2020 | dx_2f261fd1cb5f4775947e3647e6c8e080 | mobile | 2020-10-02 14:20:41 | signup_success | 428224839 | doordash | | 428225957 |

EXHIBIT D



Home (/Consumers/S/)     Order With DoorDash (Https://Doordash.Com/) Delivery Support (Https://Www.Doordash.Com/Orders/)     Popular Topics ⌄ English (US) ⌄Topics (/Cons

Canada (https://help.doordash.com/consumers/s/terms-and-conditions-ca)

Australia (https://help.doordash.com/consumers/s/terms-and-conditions-au)

| United States ⌄ |
|---|

Terms and Conditions – United States

DoorDash Consumers

# Terms and Conditions Agreement

Effective: November 10, 2020

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS ("**AGREEMENT**") CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION, AND ITS SUBSIDIARIES AND AFFILIATED COMPANIES, INCLUDING CAVIAR, LLC (COLLECTIVELY, "**DOORDASH**," "**WE**," "**US**," OR "**OUR**").

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, EXCEPT AS SET FORTH IN SECTION 12(G); AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

## 1. Acceptance of this Agreement

DoorDash, including its wholly-owned subsidiary Caviar, provides an online marketplace connection, using web-based technology that connects you and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors").  DoorDash's software permits consumers to place orders for food and/or other goods from various restaurants and businesses, either for delivery or pickup (the "Software"). Once a delivery order is made, the Software notifies Contractors that a delivery opportunity is available and the Software facilitates completion of the delivery to the consumer. Once a pickup order is made, the Software communicates with the customer regarding the availability of the order for pickup. DoorDash is not a restaurant, delivery service, or food preparation business.

If you access any of our websites located at https://www.doordash.com/ (https://www.doordash.com/) and https://trycaviar.com, install or use our DoorDash or Caviar mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a "**Service**" and collectively, the "**Services**"), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash; and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use the Services.

## 2. Modifications

Subject to Section 12(k) of this Agreement, DoorDash reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Software or Services at any time, effective upon posting of an updated version of this Agreement through the Services. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

## 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. You also agree to abide by any additional DoorDash policies for Users that are published on our website or mobile application.  Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

## 4. Rules and Prohibitions

Without limiting other rules and prohibitions in this Agreement, by using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

(e) You will not use the Services to cause nuisance, annoyance or inconvenience.

(f) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Merchant, User or Contractor, unless DoorDash has given you prior permission to do so in writing.

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to our websites or access our websites manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of our websites or any content on our websites.

(p) You will not scrape or otherwise conduct any systematic retrieval of data or other content from the Services.

(q) You will not try to harm other Users, DoorDash, or the Services in any way whatsoever.

(r) You will not engage in threatening, harassing, racist, sexist or any other behavior that DoorDash deems inappropriate when using the Services.

(s) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(t) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first-time users.

(u) You will not attempt to undertake any of the foregoing.

In the event that we believe or determine that you have breached any of the aforementioned, we reserve the right to suspend and/or permanently deactivate your account at our sole discretion.

## 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. Merchant is the retailer; the services offered by DoorDash pursuant to this Agreement do not include any retail services or any food preparation services. DoorDash is not in the delivery business nor is it a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food or whether the photographs or images displayed through the Services accurately reflect the food prepared by the Merchants and/or delivered by the Contractor, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

You agree that the goods that you purchase will be prepared by the Merchant you have selected, that title to the goods passes from the Merchant to you at the Merchant's location, and that, for delivery orders, the Contractor will be directed by your instructions to transport the products to your designated delivery location. You agree that neither the Contractor nor DoorDash holds title to or acquires any ownership interest in any goods that you order through the Services.

## 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). We may enable or require you to use a single pair of login credentials to use the DoorDash and/or Caviar services. You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

## 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the Services. You further represent and warrant that any User Content that you submit, post and/or otherwise transmit through the Services (i) does not violate any third-party right, including any copyright, trademark, patent, trade secret, privacy right, right of publicity, or any other intellectual property or proprietary right; (ii) does not contain material that is false, intentionally misleading, or defamatory; (iii) does not contain any material that is unlawful; (iv) does not violate any law or regulation; and (v) does not violate this Agreement. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username, first name and last initial, and/or other User profile information, including without limitation, your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the functionality of the Services. In the interest of clarity, the license granted to DoorDash herein shall survive termination of the Services or your account. DoorDash reserves the right in its sole discretion to remove or disable access to any User Content from the Services, suspend or terminate your account at any time, or pursue any other remedy or relief available under equity or law if you post any User Content that violates this Agreement or any community or content guidelines we may publish or that we consider to be objectionable for any reason. You agree that DoorDash may monitor and/or delete your User Content (but does not assume the obligation) for any reason in DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (a) satisfy any applicable law, regulation, legal process, or governmental request, (b) enforce this Agreement, including investigation of potential violations hereof, (c) detect, prevent, or otherwise address fraud, security, or technical issues, (d) respond to User support requests, or (e) protect the rights, property or safety of DoorDash, its Users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Merchant or business; (iv) any Rating or Review you submit will comply with the Federal Trade Commission's Guides Concerning the Use of Endorsements and Testimonials in Advertising; and (v) your Rating or Review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews or otherwise violates this Agreement, we may remove such User Content without notice.

## 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing Settings in your account. To opt out of receiving promotional text messages from DoorDash, you must reply "STOP" from the mobile device receiving the messages. For purposes of clarity, delivery text messages between you and Dashers are transactional text messages, not promotional text messages.

## 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com with contact information and your mailing address.

## 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash names, DoorDash logos, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

## 11. Payment Terms

(a) **Prices & Charges.** You understand that: (a) the prices for menu or other items displayed through the Services may differ from the prices offered or published by Merchants for the same menu or other items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu or other items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. For certain transactions, the subtotals shown at checkout are estimates that may be higher or lower depending on the final in- store totals. In those situations, DoorDash reserves the right to charge your payment method the final price after checkout. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). In the event that the charge to your payment method may incorrectly differ from the total amount, including subtotal, fees, and gratuity, displayed to you at checkout and/or after gratuity is selected, DoorDash reserves the right to make an additional charge to your payment method after the initial charge so that the total amount charged is consistent with the total amount displayed to you at checkout and/or after gratuity is selected. All payments will be processed by DoorDash or its payments processor, using the preferred payment method designated in your account. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your Use of the Services. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

(b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) **Promotional Offers and Credits.** DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and Conditions for Promotional Offers and Credits (the current version of which is available at http://drd.sh/rtb7p2/ (http://drd.sh/rtb7p2/) and which is incorporated in this Agreement by reference) apply to all promotional offers. You agree that we may change DoorDash's Terms and Conditions for Promotional Offers and Credits at any time. DoorDash may also offer gratuitous credits, which can be used for the Services. Any credit issued by DoorDash is valid for 6 months from the date of issue except to the extent prohibited under applicable law and may not be redeemed for cash or cash equivalent. Upon expiration, credits will be removed from your account. Expired credits are no longer redeemable and cannot be used towards any order. Credits issued through a User's DoorDash and Caviar account may only be redeemed through that respective brand's Services.

(d) **Fees for Services.** DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.  DoorDash may also charge merchants fees on orders that you place through the Services, including commissions and other fees, and may change those merchant fees as we deem necessary or appropriate for our business or to comply with applicable law.

(e) **Referral Program.** DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash Users and place their initial order through the Services by using a unique referral ID link (**"Personal Link"**). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) **DashPass Subscriptions.**

*General*: DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders

are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees and other fees may apply. We reserve the right to add and modify fees as discussed in this Section. Your DashPass benefits will extend to both DoorDash and Caviar when you register for a DashPass subscription.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE ONLY TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN ELIGIBLE PAYMENT METHOD THAT WE HAVE ON FILE FOR YOU. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your DashPass subscription. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

*Corporate DashPass Subscriptions*: Notwithstanding any other provision in these terms, you may be eligible for a complimentary DashPass subscription when your employer registers for a Corporate DashPass Subscription. If you have a complimentary DashPass subscription through your employer, your account will begin and end in accordance with the terms of your employer's corporate subscription unless your subscription is otherwise cancelled. To receive the subscription benefits, you must register using your corporate email address and be an authorized user added by your employer, and then click the activation button.

*Trial or Promotional Subscriptions*: From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations*: You can cancel your DashPass subscription at any time through the Services. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription) and on Caviar here (https://help.trycaviar.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For monthly subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may, in its sole discretion, refund your DashPass fee. For annual subscribers, if you cancel your DashPass subscription within thirty (30) days of placing your first DashPass-eligible order, DoorDash may, in its sole discretion, refund your DashPass annual fee.

If you cancel your DashPass subscription at any other time, you will not receive a refund, but you can continue to enjoy the Reduced Fees and other DashPass benefits through the end of your then-current subscription period.

*DashPass Benefits for Chase Cardmembers:* Chase cardmembers are eligible for certain DashPass benefits on both DoorDash and Caviar when an eligible Chase credit card is added to either account. The specific benefits depend upon which Chase credit card is added to your account. These benefits are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits as well as the following card-specific terms:

- Chase Sapphire Reserve® (https://www.chase.com/digital/resources/terms-of-use/csr-doordash.html)

- Chase Sapphire® & Chase Sapphire Preferred® (https://www.chase.com/digital/resources/terms-of-use/sapphire-doordash)

- Chase Freedom (https://www.chase.com/digital/resources/terms-of-use/freedom-doordash)

- Chase Slat (https://www.chase.com/digital/resources/terms-of-use/slate-doordash)e

Additional information about the DashPass benefits for Chase cardmembers can be found here (https://help.doordash.com/consumers/s/article/Chase-Partnership?language=en_US).

*Updates and Changes*: The DashPass prices and features may change in the future. If DoorDash changes the monthly or annual fee charged for a DashPass subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash*: Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because it determines, in its sole discretion,

that your actions or your use of the Services violates this Agreement or has harmed another User.

(g) Gift Cards. Except as provided below, Gift Cards may be redeemable towards eligible orders placed on www.doordash.com (https://www.doordash.com/) or www.trycaviar.com (http://www.trycaviar.com) in the Caviar and DoorDash apps in the United States. But if you have a Gift Card that was purchased and used September 15, 2020, you must use any remaining balance of that Gift Card on the service (Caviar or DoorDash) where the card was first redeemed. Gift Cards are made available and provided by DoorDash, Inc. Gift Cards are not redeemable for cash except when required by applicable law. For more information on the Gift Card Terms and Conditions, visit dasherhelp.doordash.com/doordash-gift-cards. (https://dasherhelp.doordash.com/doordash-gift-cards)

## 12. Dispute Resolution.

**PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH DOORDASH AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".**

(a) **Scope of Arbitration Agreement.** You agree that any dispute or claim relating in any way to your access or use of the Services as a User of the Services, to any advertising or marketing communications regarding DoorDash or the Services, to any products or services sold or distributed through the Services that you received as a User of our Services, or to any aspect of your relationship or transactions with DoorDash as a User of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or DoorDash may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

CASES HAVE BEEN FILED AGAINST DOORDASH—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH DOORDASH, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST DOORDASH IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) **Informal Resolution.** You and DoorDash agree that good-faith informal efforts to resolve disputes often can result in a prompt, low-cost and mutually beneficial outcome. You and DoorDash therefore agree that, before either you or DoorDash demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally any claim covered by this mutual Arbitration Agreement. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. The party initiating the claim must give notice to the other party in writing of its, his, or her intent to initiate an informal dispute resolution conference, which shall occur within 60 days after the other party receives such notice, unless an extension is mutually agreed upon by the parties. To notify DoorDash that you intend to initiate an informal dispute resolution conference, email Informal.Resolution@doordash.com (mailto:Informal.Resolution@doordash.com), providing your name, telephone number associated with your DoorDash account (if any), the email address associated with your DoorDash account, and a description of your claim. In the interval between the party receiving such notice and the informal dispute resolution conference, the parties shall be free to attempt to resolve the initiating party's claims. Engaging in an informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration.   The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

(c) **Arbitration Rules and Forum.** This Arbitration Agreement is governed by the Federal Arbitration Act ("FAA") in all respects. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply. Before a party may begin an arbitration proceeding, that party must send notice of an intent to initiate arbitration and certifying completion of the informal dispute resolution conference pursuant to paragraph 12(b). If this notice is being sent to DoorDash, it must be sent by email to the counsel who represented DoorDash in the informal dispute resolution process, or if there was no such counsel then by mail to General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Arbitration demands filed with JAMS must include (1) the name, telephone number, mailing address, and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the signature of the party seeking arbitration. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available as of November 6, 2020 at http://www.jamsadr.com/rules-streamlined-arbitration/ (http://www.jamsadr.com/rules-streamlined-arbitration/); all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available as of November 6, 2020 at http://www.jamsadr.com/rules-comprehensive-arbitration/ (http://www.jamsadr.com/rules-comprehensive-arbitration/). JAMS's rules are also available at www.jamsadr.com (//www.jamsadr.com) (under the Rules/Clauses tab) or by calling JAMS at 800-352-5267. Payment of all filing, administration, and arbitration fees will be governed by JAMS's rules, including JAMS' Consumer Arbitration Minimum Standards, if applicable. If the arbitrator finds that you cannot afford to pay JAMS's filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from JAMS, DoorDash will pay them for you. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the county where you live or at another mutually agreed location.

(d) **Arbitrator Powers.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. All disputes regarding the payment of arbitrator or arbitration-organization fees including the timing of such payments and remedies for nonpayment, shall be determined exclusively by an arbitrator, and not by any court. The arbitration will decide the rights and liabilities, if any, of you and DoorDash. Except as expressly agreed to in Section 12(g) of this Agreement, the arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award, on an individual basis, monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral

forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and DoorDash.

(e) **Waiver of Jury Trial.** YOU AND DOORDASH WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and DoorDash are instead electing to have claims and disputes resolved by arbitration, except as specified in Section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(f) **Waiver of Class or Consolidated Actions.** EXCEPT AS EXPRESSLY AGREED TO IN SECTION 12(G) OF THIS AGREEMENT, YOU AND DOORDASH AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS OR COLLECTIVE BASIS EXCEPT AS SET FORTH IN SECTION 12(G). CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER EXCEPT AS SET FORTH IN SECTION 12(G) . This clause shall constitute a class preclusion clause for the purposes of JAMS Class Action Procedures Rule 1(a). If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor DoorDash is entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 20. This provision does not prevent you or DoorDash from participating in a class-wide settlement of claims.

(g) **Batch Arbitrations.** To increase efficiency of resolution, in the event 100 or more similar arbitration demands presented by or with the assistance of the same law firm or organization are submitted to JAMS or another arbitration provider against DoorDash within a 30-day period, the arbitration provider shall (i) group the arbitration demands into batches of no more than 100 demands per batch (plus, to the extent there are less than 100 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (ii) provide for resolution of each batch as a single arbitration with one filing fee due per side and one arbitrator assigned per batch. You agree to cooperate in good faith with DoorDash and the arbitration provider to implement such a batch approach to resolution and fees.

(h) **Opt Out.** DoorDash's updates to these Terms and Conditions do not provide a new opportunity to opt out of the Arbitration Agreement for customers or Users who had previously agreed to a version of DoorDash's or Caviar's Terms and Conditions and did not validly opt out of arbitration. DoorDash will continue to honor the valid opt outs of customers or Users who validly opted out of the Arbitration Agreement in a prior version of the Terms and Conditions. If you are a customer or User who creates a DoorDash or Caviar account for the first time on or after November 10, 2020, you may opt out of this Arbitration Agreement. If you do so, neither you nor DoorDash can force the other to arbitrate as a result of this Agreement. To opt out, you must notify DoorDash in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you currently use to access your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us.

(i) **No Effect on Independent Contractor Agreement.** NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND DOORDASH RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A CONTRACTOR. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A CONTRACTOR, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO EFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH DOORDASH.

(j) **Survival.** This Arbitration Agreement will survive any termination of your relationship with DoorDash.

(k) **Modification.** Notwithstanding any provision in the Agreement to the contrary, we agree that if DoorDash makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to DoorDash.

## 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Software and the Services is dependent on the third party from which you received the application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the mobile application(s), the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Software and the Services, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Software or the Services. You agree to comply with, and your license to use the Software and the Services is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when

using the Software or the Services. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

## 14. Social Media Guidelines.

DoorDash maintains certain social media pages for the benefit of the DoorDash community. By posting, commenting, or otherwise interacting with these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

## 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years old, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 16. Indemnification

You agree to indemnify and hold harmless DoorDash and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation, attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Software or Services; (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this Section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

## 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

## 18. Internet Delays

The Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in DoorDash's Privacy Policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

## 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost.  You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all Users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW, DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW, DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND ECONOMIC ADVANTAGE). **THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY DOORDASH'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.**

## 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation, pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for DoorDash's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd St, Suite 800, San Francisco, CA 94107.

## 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third-party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

(e) **Accessing and Downloading the Application from iTunes.** The following applies to any Software accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

(1) You acknowledge and agree that (i) the Agreement is concluded between you and DoorDash only, and not Apple, and (ii) DoorDash, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

(f) **Notice.** Where DoorDash requires that you provide an e-mail address, you are responsible for providing DoorDash with your most current e-mail address. In the event that the last e-mail address you provided to DoorDash is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, DoorDash's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

## 24. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

Not a DoorDash Customer? Check out your help site below!



I'm a

Dasher

I'm a

Merchant

(https://help.doordash.com/dashers/s/) (https://help.doordash.com/merchants/s/)

**Get to Know Us**

About Us (https://www....

Careers (https://www.d...

Blog (http://blog.doord...

LinkedIn (https://www.li...

GlassDoor (https://www...

Accessibility (https://w...

**Let Us Help You**

Account Details (https:/...

Order History (https://w...

Help (https://help.door...

Have an emergency? (h...

**Doing Business**

Become a Dasher (https...

Be a Partner Restaurant...

Get Dashers for Deliveri...

(https://play.google.com/store/apps/details?yst-collab.dob-Q4o&trac

Terms of Service (https://www.doordash.com/terms/)
Privacy (https://www.doordash.com/privacy/)
Delivery Locations (https://www.doordash.com/food-delivery/)     © 2020 DoorDash

(http://facebook.com/doordash)     (http://twitter.com/doordash)
(http://instagram.com/doordash)     (https://www.glassdoor.com/Overview/Working-at-DoorDash-EI_IE813073.11,19.htm)

# EXHIBIT E



United States ▼

## Terms and Conditions – United States
DoorDash Consumers

# Terms and Conditions Agreement

Effective: December 22, 2020

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS ("AGREEMENT") CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION, AND ITS SUBSIDIARIES AND AFFILIATED COMPANIES, INCLUDING CAVIAR, LLC (COLLECTIVELY, "DOORDASH," "WE," "US," OR "OUR").

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, EXCEPT AS SET FORTH IN SECTION 12(G); AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

## 1. Acceptance of this Agreement

DoorDash, including its wholly-owned subsidiary Caviar, provides an online marketplace connection, using web-based technology that connects you and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors").  DoorDash's software permits consumers to place orders for food and/or other goods from various restaurants and businesses, either for delivery or pickup (the "Software"). Once a delivery order is made, the Software notifies Contractors that a delivery opportunity is available and the Software facilitates completion of the delivery to the consumer. Once a pickup order is made, the Software communicates with the customer regarding the availability of the order for pickup. DoorDash is not a restaurant, delivery service, or food preparation business.

If you access any of our websites located at https://www.doordash.com/ (https://www.doordash.com/) and https://trycaviar.com, install or use our DoorDash or Caviar mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a "Service" and collectively, the "Services"), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash; and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use the Services.

## 2. Modifications

Subject to Section 12(k) of this Agreement, DoorDash reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Software or Services at any time, effective upon posting of an updated version of this Agreement through the Services. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

## 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. You also agree to abide by any additional DoorDash policies for Users that are published on our website or mobile application.  Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

## 4. Rules and Prohibitions

Without limiting other rules and prohibitions in this Agreement, by using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

(e) You will not use the Services to cause nuisance, annoyance or inconvenience.

(f) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Merchant, User or Contractor, unless DoorDash has given you prior permission to do so in writing.

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to our websites or access our websites manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of our websites or any content on our websites.

(p) You will not scrape or otherwise conduct any systematic retrieval of data or other content from the Services.

(q) You will not try to harm other Users, DoorDash, or the Services in any way whatsoever.

(r) You will not engage in threatening, harassing, racist, sexist or any other behavior that DoorDash deems inappropriate when using the Services.

(s) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(t) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first-time users.

(u) You will not attempt to undertake any of the foregoing.

In the event that we believe or determine that you have breached any of the aforementioned, we reserve the right to suspend and/or permanently deactivate your account at our sole discretion.

## 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. Merchant is the retailer; the services offered by DoorDash pursuant to this Agreement do not include any retail services or any food preparation services. DoorDash is not in the delivery business nor is it a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food or whether the photographs or images displayed through the Services accurately reflect the food prepared by the Merchants and/or delivered by the Contractor, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

You agree that the goods that you purchase will be prepared by the Merchant you have selected, that title to the goods passes from the Merchant to you at the Merchant's location, and that, for delivery orders, the Contractor will be directed by your instructions to transport the products to your designated delivery location. You agree that neither the Contractor nor DoorDash holds title to or acquires any ownership interest in any goods that you order through the Services.

## 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). We may enable or require you to use a single pair of login credentials to use the DoorDash and/or Caviar services. You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

## 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the Services. You further represent and warrant that any User Content that you submit, post and/or otherwise transmit through the Services (i) does not violate any third-party right, including any copyright, trademark, patent, trade secret, privacy right, right of publicity, or any other intellectual property or proprietary right; (ii) does not contain material that is false, intentionally misleading, or defamatory; (iii) does not contain any material that is unlawful; (iv) does not violate any law or regulation; and (v) does not violate this Agreement. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username, first name and last initial, and/or other User profile information, including without limitation, your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the functionality of the Services. In the interest of clarity, the license granted to DoorDash herein shall survive termination of the Services or your account. DoorDash reserves the right in its sole discretion to remove or disable access to any User Content from the Services, suspend or terminate your account at any time, or pursue any other remedy or relief available under equity or law if you post any User Content that violates this Agreement or any community or content guidelines we may publish or that we consider to be objectionable for any reason. You agree that DoorDash may monitor and/or delete your User Content (but does not assume the obligation) for any reason in DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (a) satisfy any applicable law, regulation, legal process, or governmental request, (b) enforce this Agreement, including investigation of potential violations hereof, (c) detect, prevent, or otherwise address fraud, security, or technical issues, (d) respond to User support requests, or (e) protect the rights, property or safety of DoorDash, its Users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Merchant or business; (iv) any Rating or Review you submit will comply with the Federal Trade Commission's Guides Concerning the Use of Endorsements and Testimonials in Advertising; and (v) your Rating or Review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews or otherwise violates this Agreement, we may remove such User Content without notice.

## 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing Settings in your account. To opt out of receiving promotional text messages from DoorDash, you must reply "STOP" from the mobile device receiving the messages. For purposes of clarity, delivery text messages between you and Dashers are transactional text messages, not promotional text messages.

## 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com with contact information and your mailing address.

## 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash names, DoorDash logos, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

## 11. Payment Terms

(a) **Prices & Charges.** You understand that: (a) the prices for menu or other items displayed through the Services may differ from the prices offered or published by Merchants for the same menu or other items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu or other items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. For certain transactions, the subtotals shown at checkout are estimates that may be higher or lower depending on the final in- store totals. In those situations, DoorDash reserves the right to charge your payment method the final price after checkout. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). In the event that the charge to your payment method may incorrectly differ from the total amount, including subtotal, fees, and gratuity, displayed to you at checkout and/or after gratuity is selected, DoorDash reserves the right to make an additional charge to your payment method after the initial charge so that the total amount charged is consistent with the total amount displayed to you at checkout and/or after gratuity is selected. All payments will be processed by DoorDash or its payments processor, using the preferred payment method designated in your account. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your Use of the Services. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

(b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) **Promotional Offers and Credits.** DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and Conditions for Promotional Offers and Credits (the current version of which is available at http://drd.sh/rtb7p2/ (http://drd.sh/rtb7p2/) and which is incorporated in this Agreement by reference) apply to all promotional offers. You agree that we may change DoorDash's Terms and Conditions for Promotional Offers and Credits at any time. DoorDash may also offer gratuitous credits, which can be used for the Services. Any credit issued by DoorDash is valid for 6 months from the date of issue except to the extent prohibited under applicable law and may not be redeemed for cash or cash equivalent. Upon expiration, credits will be removed from your account. Expired credits are no longer redeemable and cannot be used towards any order. Credits issued through a User's DoorDash and Caviar account may only be redeemed through that respective brand's Services.

(d) **Fees for Services.** DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.  DoorDash may also charge merchants fees on orders that you place through the Services, including commissions and other fees, and may change those merchant fees as we deem necessary or appropriate for our business or to comply with applicable law.

(e) **Referral Program.** DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash Users and place their initial order through the Services by using a unique referral ID link (**"Personal Link"**). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) **DashPass Subscriptions.**

*General*. DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders

are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees and other fees may apply. We reserve the right to add and modify fees as discussed in this Section. Your DashPass benefits will extend to both DoorDash and Caviar when you register for a DashPass subscription.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE ONLY TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN ELIGIBLE PAYMENT METHOD THAT WE HAVE ON FILE FOR YOU. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your DashPass subscription. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

*Corporate DashPass Subscriptions*: Notwithstanding any other provision in these terms, you may be eligible for a complimentary DashPass subscription when your employer registers for a Corporate DashPass Subscription. If you have a complimentary DashPass subscription through your employer, your account will begin and end in accordance with the terms of your employer's corporate subscription unless your subscription is otherwise cancelled. To receive the subscription benefits, you must register using your corporate email address and be an authorized user added by your employer, and then click the activation button.

*Trial or Promotional Subscriptions*: From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations*: You can cancel your DashPass subscription at any time through the Services. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription) and on Caviar here (https://help.trycaviar.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For monthly subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may, in its sole discretion, refund your DashPass fee. For annual subscribers, if you cancel your DashPass subscription within thirty (30) days of placing your first DashPass-eligible order, DoorDash may, in its sole discretion, refund your DashPass annual fee.

If you cancel your DashPass subscription at any other time, you will not receive a refund, but you can continue to enjoy the Reduced Fees and other DashPass benefits through the end of your then-current subscription period.

*DashPass Benefits for Chase Cardmembers:* Chase cardmembers are eligible for certain DashPass benefits on both DoorDash and Caviar when an eligible Chase credit card is added to either account. The specific benefits depend upon which Chase credit card is added to your account. These benefits are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits as well as the following card-specific terms:

- Chase Sapphire Reserve® (https://www.chase.com/digital/resources/terms-of-use/csr-doordash.html)

- Chase Sapphire® & Chase Sapphire Preferred® (https://www.chase.com/digital/resources/terms-of-use/sapphire-doordash)

- Chase Freedom (https://www.chase.com/digital/resources/terms-of-use/freedom-doordash)

- Chase Slat (https://www.chase.com/digital/resources/terms-of-use/slate-doordash)e

Additional information about the DashPass benefits for Chase cardmembers can be found here (https://help.doordash.com/consumers/s/article/Chase-Partnership?language=en_US).

*Updates and Changes*: The DashPass prices and features may change in the future. If DoorDash changes the monthly or annual fee charged for a DashPass subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash*: Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because it determines, in its sole discretion,

that your actions or your use of the Services violates this Agreement or has harmed another User.

(g) Gift Cards. Except as provided below, Gift Cards may be redeemable towards eligible orders placed on www.doordash.com (https://www.doordash.com/) or www.trycaviar.com (http://www.trycaviar.com) in the Caviar and DoorDash apps in the United States. But if you have a Gift Card that was purchased and used September 15, 2020, you must use any remaining balance of that Gift Card on the service (Caviar or DoorDash) where the card was first redeemed. Gift Cards are made available and provided by DoorDash, Inc. Gift Cards are not redeemable for cash except when required by applicable law. For more information on the Gift Card Terms and Conditions, visit dasherhelp.doordash.com/doordash-gift-cards. (https://dasherhelp.doordash.com/doordash-gift-cards)

## 12. Dispute Resolution.

**PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH DOORDASH AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".**

(a) **Scope of Arbitration Agreement.** You agree that any dispute or claim relating in any way to your access or use of the Services as a User of the Services, to any advertising or marketing communications regarding DoorDash or the Services, to any products or services sold or distributed through the Services that you received as a User of our Services, or to any aspect of your relationship or transactions with DoorDash as a User of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or DoorDash may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

CASES HAVE BEEN FILED AGAINST DOORDASH—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH DOORDASH, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST DOORDASH IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) **Informal Resolution.** You and DoorDash agree that good-faith informal efforts to resolve disputes often can result in a prompt, low-cost and mutually beneficial outcome. You and DoorDash therefore agree that, before either you or DoorDash demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally any claim covered by this mutual Arbitration Agreement. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. The party initiating the claim must give notice to the other party in writing of its, his, or her intent to initiate an informal dispute resolution conference, which shall occur within 60 days after the other party receives such notice, unless an extension is mutually agreed upon by the parties. To notify DoorDash that you intend to initiate an informal dispute resolution conference, email Informal.Resolution@doordash.com, providing your name, telephone number associated with your DoorDash account (if any), the email address associated with your DoorDash account, and a description of your claim. In the interval between the party receiving such notice and the informal dispute resolution conference, the parties shall be free to attempt to resolve the initiating party's claims. Engaging in an informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration.  The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

(c) **Arbitration Rules and Forum.** This Arbitration Agreement is governed by the Federal Arbitration Act ("FAA") in all respects. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply. Before a party may begin an arbitration proceeding, that party must send notice of an intent to initiate arbitration and certifying completion of the informal dispute resolution conference pursuant to paragraph 12(b). If this notice is being sent to DoorDash, it must be sent by email to the counsel who represented DoorDash in the informal dispute resolution process, or if there was no such counsel then by mail to General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by ADR Services, Inc. under its rules and pursuant to the terms of this Agreement. Arbitration demands filed with ADR Services, Inc. must include (1) the name, telephone number, mailing address, and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the signature of the party seeking arbitration. Disputes shall be subject to ADR Services, Inc.'s most current version of its Arbitration Rules, available as of December 21, 2020 at https://www.adrservices.com/services/arbitration-rules (https://www.adrservices.com/services/arbitration-rules) or by calling ADR Services, Inc. at 310-201-0010 (about:blank). The fees that shall apply to arbitrations administered by ADR Services, Inc. are set forth on ADR Services, Inc.'s website, available as of December 21, 2020 at https://www.adrservices.com/rate-fee-schedule/ (https://www.adrservices.com/rate-fee-schedule/). Specifically, the fees set forth in ADR Services, Inc.'s Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services, Inc.'s General Fee Schedule shall apply, except that DoorDash will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a court of competent jurisdiction embracing the location of the arbitration. Payment of all filing, administration, and arbitration fees will be governed by ADR Services, Inc.'s rules. If the arbitrator finds that you cannot afford to pay ADR Services, Inc.'s filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Inc., DoorDash will pay them for you. If ADR Services, Inc. is not available to arbitrate, the parties will mutually select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the county where you live or at another mutually agreed location.

(d) **Arbitrator Powers.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. All disputes regarding the payment of arbitrator or arbitration-organization fees including the timing of such payments and remedies for nonpayment, shall be determined exclusively by an arbitrator, and not by any court. The arbitration will decide the rights and liabilities, if any, of you and DoorDash. Except as expressly agreed to in Section 12(g) of this Agreement, the arbitration proceeding will not be

consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award, on an individual basis, monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and DoorDash.

(e) **Waiver of Jury Trial.** YOU AND DOORDASH WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and DoorDash are instead electing to have claims and disputes resolved by arbitration, except as specified in Section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(f) **Waiver of Class or Consolidated Actions.** EXCEPT AS EXPRESSLY AGREED TO IN SECTION 12(G) OF THIS AGREEMENT, YOU AND DOORDASH AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS OR COLLECTIVE BASIS EXCEPT AS SET FORTH IN SECTION 12(G). CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER EXCEPT AS SET FORTH IN SECTION 12(G). If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor DoorDash is entitled to arbitration of such claim or dispute. InstTo increase efficiency of resolution, in the event 100 or more similar arbitration demands against DoorDash, presented by or with the assistance of the same law firm or organization, are submitted to an arbitration provider selected in accordance with the rules described above within a 30-day period, the arbitration provider shall (i) group the arbitration demands into batches of no more than 100 demands per batch (plus, to the extent there are less than 100 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (ii) provide for resolution of each batch as a single arbitration with one set of filing and administrative fees and one arbitrator assigned per batch. You agree to cooperate in good faith with DoorDash and the arbitration provider to implement such a batch approach to resolution and fees.ead, all such claims and disputes will then be resolved in a court as set forth in Section 20. This provision does not prevent you or DoorDash from participating in a class-wide settlement of claims.

(g) **Batch Arbitrations.** To increase efficiency of resolution, in the event 100 or more similar arbitration demands against DoorDash, presented by or with the assistance of the same law firm or organization, are submitted to an arbitration provider selected in accordance with the rules described above within a 30-day period, the arbitration provider shall (i) group the arbitration demands into batches of no more than 100 demands per batch (plus, to the extent there are less than 100 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (ii) provide for resolution of each batch as a single arbitration with one set of filing and administrative fees and one arbitrator assigned per batch. You agree to cooperate in good faith with DoorDash and the arbitration provider to implement such a batch approach to resolution and fees.

(h) **Opt Out.** DoorDash's updates to these Terms and Conditions do not provide a new opportunity to opt out of the Arbitration Agreement for customers or Users who had previously agreed to a version of DoorDash's or Caviar's Terms and Conditions and did not validly opt out of arbitration. DoorDash will continue to honor the valid opt outs of customers or Users who validly opted out of the Arbitration Agreement in a prior version of the Terms and Conditions. If you are a customer or User who creates a DoorDash or Caviar account for the first time on or after November 10, 2020, you may opt out of this Arbitration Agreement. If you do so, neither you nor DoorDash can force the other to arbitrate as a result of this Agreement. To opt out, you must notify DoorDash in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you currently use to access your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you.

(i) **No Effect on Independent Contractor Agreement.** NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND DOORDASH RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A CONTRACTOR. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A CONTRACTOR, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO EFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH DOORDASH.

(j) **Survival.** This Arbitration Agreement will survive any termination of your relationship with DoorDash.

(k) **Modification.** Notwithstanding any provision in the Agreement to the contrary, we agree that if DoorDash makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to DoorDash.

## 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Software and the Services is dependent on the third party from which you received the application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the mobile application(s), the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Software and the Services, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Software or the Services. You agree to comply with, and your license to use the Software and the Services is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Software or the Services. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

## 14. Social Media Guidelines.

DoorDash maintains certain social media pages for the benefit of the DoorDash community. By posting, commenting, or otherwise interacting with these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

## 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years old, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 16. Indemnification

You agree to indemnify and hold harmless DoorDash and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation, attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Software or Services; (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this Section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

## 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

## 18. Internet Delays

The Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in DoorDash's Privacy Policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

## 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost.  You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all Users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW, DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW, DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND ECONOMIC ADVANTAGE). **THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY DOORDASH'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.**

## 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation, pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for DoorDash's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd St, Suite 800, San Francisco, CA 94107.

## 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third-party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

(e) **Accessing and Downloading the Application from iTunes.** The following applies to any Software accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

(1) You acknowledge and agree that (i) the Agreement is concluded between you and DoorDash only, and not Apple, and (ii) DoorDash, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

(f) **Notice.** Where DoorDash requires that you provide an e-mail address, you are responsible for providing DoorDash with your most current e-mail address. In the event that the last e-mail address you provided to DoorDash is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, DoorDash's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

## 24. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

Not a DoorDash Customer? Check out your help site below!



I'm a

Dasher

I'm a

Merchant

(https://help.doordash.com/dashers/s/) (https://help.doordash.com/merchants/s/)

**Get to Know Us**

About Us (https://www....

Careers (https://www.d...

Blog (http://blog.doord...

LinkedIn (https://www.li...

GlassDoor (https://www...

Accessibility (https://w...

**Let Us Help You**

Account Details (https:/...

Order History (https://w...

Help (https://help.door...

Have an emergency? (h...

**Doing Business**

Become a Dasher (https...

Be a Partner Restaurant...

Get Dashers for Deliveri...

(https://play.google.com/store/apps/details?yd=com.dd.doordash&trac (https://apps.apple.com/us/app/doordash-food-delivery/id719972451?)

Terms of Service (https://www.doordash.com/terms/)
Privacy (https://www.doordash.com/privacy/)
Delivery Locations (https://www.doordash.com/food-delivery/)     © 2020 DoorDash

(http://facebook.com/doordash)     (http://twitter.com/doordash)
(http://instagram.com/doordash)     (https://www.glassdoor.com/Overview/Working-at-DoorDash-EI_IE813073.11,19.htm)

# EXHIBIT F

United States ⇕

## Terms and Conditions – United States
DoorDash Consumers

# Terms and Conditions Agreement

Effective: December 22, 2020

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS (**"AGREEMENT"**) CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION, AND ITS SUBSIDIARIES AND AFFILIATED COMPANIES, INCLUDING CAVIAR, LLC (COLLECTIVELY, **"DOORDASH," "WE," "US," OR "OUR"**).

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, EXCEPT AS SET FORTH IN SECTION 12(G); AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

## 1. Acceptance of this Agreement

DoorDash, including its wholly-owned subsidiary Caviar, provides an online marketplace connection, using web-based technology that connects you and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors"). DoorDash's software permits consumers to place orders for food and/or other goods from various restaurants and businesses, either for delivery or pickup (the "Software"). Once a delivery order is made, the Software notifies Contractors that a delivery opportunity is available and the Software facilitates completion of the delivery to the consumer. Once a pickup order is made, the Software communicates with the customer regarding the availability of the order for pickup. DoorDash is not a restaurant, delivery service, or food preparation business.

If you access any of our websites located at https://www.doordash.com/ (https://www.doordash.com/) and https://trycaviar.com, install or use our DoorDash or Caviar mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a **"Service"** and collectively, the **"Services"**), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash; and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use the Services.

## 2. Modifications

Subject to Section 12(k) of this Agreement, DoorDash reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Software or Services at any time, effective upon posting of an updated version of this Agreement through the Services. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

## 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. You also agree to abide by any additional DoorDash policies for Users that are published on our website or mobile application. Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

## 4. Rules and Prohibitions

Without limiting other rules and prohibitions in this Agreement, by using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

(e) You will not use the Services to cause nuisance, annoyance or inconvenience.

(f) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Merchant, User or Contractor, unless DoorDash has given you prior permission to do so in writing.

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to our websites or access our websites manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of our websites or any content on our websites.

(p) You will not scrape or otherwise conduct any systematic retrieval of data or other content from the Services.

(q) You will not try to harm other Users, DoorDash, or the Services in any way whatsoever.

(r) You will not engage in threatening, harassing, racist, sexist or any other behavior that DoorDash deems inappropriate when using the Services.

(s) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(t) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first-time users.

(u) You will not attempt to undertake any of the foregoing.

In the event that we believe or determine that you have breached any of the aforementioned, we reserve the right to suspend and/or permanently deactivate your account at our sole discretion.

## 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. Merchant is the retailer; the services offered by DoorDash pursuant to this Agreement do not include any retail services or any food preparation services. DoorDash is not in the delivery business nor is it a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food or whether the photographs or images displayed through the Services accurately reflect the food prepared by the Merchants and/or delivered by the Contractor, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

You agree that the goods that you purchase will be prepared by the Merchant you have selected, that title to the goods passes from the Merchant to you at the Merchant's location, and that, for delivery orders, the Contractor will be directed by your instructions to transport the products to your designated delivery location. You agree that neither the Contractor nor DoorDash holds title to or acquires any ownership interest in any goods that you order through the Services.

## 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). We may enable or require you to use a single pair of login credentials to use the DoorDash and/or Caviar services. You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

## 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the Services. You further represent and warrant that any User Content that you submit, post and/or otherwise transmit through the Services (i) does not violate any third-party right, including any copyright, trademark, patent, trade secret, privacy right, right of publicity, or any other intellectual property or proprietary right; (ii) does not contain material that is false, intentionally misleading, or defamatory; (iii) does not contain any material that is unlawful; (iv) does not violate any law or regulation; and (v) does not violate this Agreement. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username, first name and last initial, and/or other User profile information, including without limitation, your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the functionality of the Services. In the interest of clarity, the license granted to DoorDash herein shall survive termination of the Services or your account. DoorDash reserves the right in its sole discretion to remove or disable access to any User Content from the Services, suspend or terminate your account at any time, or pursue any other remedy or relief available under equity or law if you post any User Content that violates this Agreement or any community or content guidelines we may publish or that we consider to be objectionable for any reason. You agree that DoorDash may monitor and/or delete your User Content (but does not assume the obligation) for any reason in DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (a) satisfy any applicable law, regulation, legal process, or governmental request, (b) enforce this Agreement, including investigation of potential violations hereof, (c) detect, prevent, or otherwise address fraud, security, or technical issues, (d) respond to User support requests, or (e) protect the rights, property or safety of DoorDash, its Users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Merchant or business; (iv) any Rating or Review you submit will comply with the Federal Trade Commission's Guides Concerning the Use of Endorsements and Testimonials in Advertising; and (v) your Rating or Review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews or otherwise violates this Agreement, we may remove such User Content without notice.

## 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing Settings in your account. To opt out of receiving promotional text messages from DoorDash, you must reply "STOP" from the mobile device receiving the messages. For purposes of clarity, delivery text messages between you and Dashers are transactional text messages, not promotional text messages.

## 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com with contact information and your mailing address.

## 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash names, DoorDash logos, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

## 11. Payment Terms

(a) **Prices & Charges.** You understand that: (a) the prices for menu or other items displayed through the Services may differ from the prices offered or published by Merchants for the same menu or other items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu or other items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. For certain transactions, the subtotals shown at checkout are estimates that may be higher or lower depending on the final in- store totals. In those situations, DoorDash reserves the right to charge your payment method the final price after checkout. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). In the event that the charge to your payment method may incorrectly differ from the total amount, including subtotal, fees, and gratuity, displayed to you at checkout and/or after gratuity is selected, DoorDash reserves the right to make an additional charge to your payment method after the initial charge so that the total amount charged is consistent with the total amount displayed to you at checkout and/or after gratuity is selected. All payments will be processed by DoorDash or its payments processor, using the preferred payment method designated in your account. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your Use of the Services. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

(b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) **Promotional Offers and Credits.** DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and Conditions for Promotional Offers and Credits (the current version of which is available at http://drd.sh/rtb7p2/ (http://drd.sh/rtb7p2/) and which is incorporated in this Agreement by reference) apply to all promotional offers. You agree that we may change DoorDash's Terms and Conditions for Promotional Offers and Credits at any time. DoorDash may also offer gratuitous credits, which can be used for the Services. Any credit issued by DoorDash is valid for 6 months from the date of issue except to the extent prohibited under applicable law and may not be redeemed for cash or cash equivalent. Upon expiration, credits will be removed from your account. Expired credits are no longer redeemable and cannot be used towards any order. Credits issued through a User's DoorDash and Caviar account may only be redeemed through that respective brand's Services.

(d) **Fees for Services.** DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.  DoorDash may also charge merchants fees on orders that you place through the Services, including commissions and other fees, and may change those merchant fees as we deem necessary or appropriate for our business or to comply with applicable law.

(e) **Referral Program.** DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash Users and place their initial order through the Services by using a unique referral ID link (**"Personal Link"**). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) **DashPass Subscriptions.**

*General.* DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders

are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees and other fees may apply. We reserve the right to add and modify fees as discussed in this Section. Your DashPass benefits will extend to both DoorDash and Caviar when you register for a DashPass subscription.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE ONLY TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN ELIGIBLE PAYMENT METHOD THAT WE HAVE ON FILE FOR YOU. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your DashPass subscription. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

*Corporate DashPass Subscriptions*: Notwithstanding any other provision in these terms, you may be eligible for a complimentary DashPass subscription when your employer registers for a Corporate DashPass Subscription. If you have a complimentary DashPass subscription through your employer, your account will begin and end in accordance with the terms of your employer's corporate subscription unless your subscription is otherwise cancelled. To receive the subscription benefits, you must register using your corporate email address and be an authorized user added by your employer, and then click the activation button.

*Trial or Promotional Subscriptions*: From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations*: You can cancel your DashPass subscription at any time through the Services. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription) and on Caviar here (https://help.trycaviar.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For monthly subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may, in its sole discretion, refund your DashPass fee. For annual subscribers, if you cancel your DashPass subscription within thirty (30) days of placing your first DashPass-eligible order, DoorDash may, in its sole discretion, refund your DashPass annual fee.

If you cancel your DashPass subscription at any other time, you will not receive a refund, but you can continue to enjoy the Reduced Fees and other DashPass benefits through the end of your then-current subscription period.

*DashPass Benefits for Chase Cardmembers:* Chase cardmembers are eligible for certain DashPass benefits on both DoorDash and Caviar when an eligible Chase credit card is added to either account. The specific benefits depend upon which Chase credit card is added to your account. These benefits are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits as well as the following card-specific terms:

- Chase Sapphire Reserve® (https://www.chase.com/digital/resources/terms-of-use/csr-doordash.html)
- Chase Sapphire® & Chase Sapphire Preferred® (https://www.chase.com/digital/resources/terms-of-use/sapphire-doordash)
- Chase Freedom (https://www.chase.com/digital/resources/terms-of-use/freedom-doordash)
- Chase Slat (https://www.chase.com/digital/resources/terms-of-use/slate-doordash)e

Additional information about the DashPass benefits for Chase cardmembers can be found here (https://help.doordash.com/consumers/s/article/Chase-Partnership?language=en_US).

*Updates and Changes*: The DashPass prices and features may change in the future. If DoorDash changes the monthly or annual fee charged for a DashPass subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash*: Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because it determines, in its sole discretion,

that your actions or your use of the Services violates this Agreement or has harmed another User.

(g) Gift Cards. Except as provided below, Gift Cards may be redeemable towards eligible orders placed on www.doordash.com (https://www.doordash.com/) or www.trycaviar.com (http://www.trycaviar.com) in the Caviar and DoorDash apps in the United States. But if you have a Gift Card that was purchased and used September 15, 2020, you must use any remaining balance of that Gift Card on the service (Caviar or DoorDash) where the card was first redeemed. Gift Cards are made available and provided by DoorDash, Inc. Gift Cards are not redeemable for cash except when required by applicable law. For more information on the Gift Card Terms and Conditions, visit dasherhelp.doordash.com/doordash-gift-cards. (https://help.doordash.com/consumers/s/article/DoorDash-Gift-Cards-Terms?language=en_US)

## 12. Dispute Resolution.

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH DOORDASH AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

(a) **Scope of Arbitration Agreement.** You agree that any dispute or claim relating in any way to your access or use of the Services as a User of the Services, to any advertising or marketing communications regarding DoorDash or the Services, to any products or services sold or distributed through the Services that you received as a User of our Services, or to any aspect of your relationship or transactions with DoorDash as a User of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or DoorDash may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

CASES HAVE BEEN FILED AGAINST DOORDASH—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH DOORDASH, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST DOORDASH IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) **Informal Resolution.** You and DoorDash agree that good-faith informal efforts to resolve disputes often can result in a prompt, low-cost and mutually beneficial outcome. You and DoorDash therefore agree that, before either you or DoorDash demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally any claim covered by this mutual Arbitration Agreement. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. The party initiating the claim must give notice to the other party in writing of its, his, or her intent to initiate an informal dispute resolution conference, which shall occur within 60 days after the other party receives such notice, unless an extension is mutually agreed upon by the parties. To notify DoorDash that you intend to initiate an informal dispute resolution conference, email Informal.Resolution@doordash.com, providing your name, telephone number associated with your DoorDash account (if any), the email address associated with your DoorDash account, and a description of your claim. In the interval between the party receiving such notice and the informal dispute resolution conference, the parties shall be free to attempt to resolve the initiating party's claims. Engaging in an informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration.   The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

(c) **Arbitration Rules and Forum.** This Arbitration Agreement is governed by the Federal Arbitration Act ("FAA") in all respects. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply. Before a party may begin an arbitration proceeding, that party must send notice of an intent to initiate arbitration and certifying completion of the informal dispute resolution conference pursuant to paragraph 12(b). If this notice is being sent to DoorDash, it must be sent by email to the counsel who represented DoorDash in the informal dispute resolution process, or if there was no such counsel then by mail to General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by ADR Services, Inc. under its rules and pursuant to the terms of this Agreement. Arbitration demands filed with ADR Services, Inc. must include (1) the name, telephone number, mailing address, and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the signature of the party seeking arbitration. Disputes shall be subject to ADR Services, Inc.'s most current version of its Arbitration Rules, available as of December 21, 2020 at https://www.adrservices.com/services/arbitration-rules (https://www.adrservices.com/services/arbitration-rules) or by calling ADR Services, Inc. at 310-201-0010 (about:blank). The fees that shall apply to arbitrations administered by ADR Services, Inc. are set forth on ADR Services, Inc.'s website, available as of December 21, 2020 at https://www.adrservices.com/rate-fee-schedule/ (https://www.adrservices.com/rate-fee-schedule/). Specifically, the fees set forth in ADR Services, Inc.'s Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services, Inc.'s General Fee Schedule shall apply, except that DoorDash will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a court of competent jurisdiction embracing the location of the arbitration. Payment of all filing, administration, and arbitration fees will be governed by ADR Services, Inc.'s rules. If the arbitrator finds that you cannot afford to pay ADR Services, Inc.'s filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Inc., DoorDash will pay them for you. If ADR Services, Inc. is not available to arbitrate, the parties will mutually select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the county where you live or at another mutually agreed location.

(d) **Arbitrator Powers.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. All disputes regarding the payment of arbitrator or arbitration-organization fees including the timing of such payments and remedies for nonpayment, shall be determined exclusively by an arbitrator, and not by any court. The arbitration will decide the rights and liabilities, if any, of you and DoorDash. Except as expressly agreed to in Section 12(g) of this Agreement, the arbitration proceeding will not be

consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award, on an individual basis, monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and DoorDash.

(e) **Waiver of Jury Trial.** YOU AND DOORDASH WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and DoorDash are instead electing to have claims and disputes resolved by arbitration, except as specified in Section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(f) **Waiver of Class or Consolidated Actions.** EXCEPT AS EXPRESSLY AGREED TO IN SECTION 12(G) OF THIS AGREEMENT, YOU AND DOORDASH AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS OR COLLECTIVE BASIS EXCEPT AS SET FORTH IN SECTION 12(G). CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER EXCEPT AS SET FORTH IN SECTION 12(G). If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor DoorDash is entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 20. This provision does not prevent you or DoorDash from participating in a class-wide settlement of claims.

(g) **Batch Arbitrations.** To increase efficiency of resolution, in the event 100 or more similar arbitration demands against DoorDash, presented by or with the assistance of the same law firm or organization, are submitted to an arbitration provider selected in accordance with the rules described above within a 30-day period, the arbitration provider shall (i) group the arbitration demands into batches of no more than 100 demands per batch (plus, to the extent there are less than 100 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (ii) provide for resolution of each batch as a single arbitration with one set of filing and administrative fees and one arbitrator assigned per batch. You agree to cooperate in good faith with DoorDash and the arbitration provider to implement such a batch approach to resolution and fees.

(h) **Opt Out.** DoorDash's updates to these Terms and Conditions do not provide a new opportunity to opt out of the Arbitration Agreement for customers or Users who had previously agreed to a version of DoorDash's or Caviar's Terms and Conditions and did not validly opt out of arbitration. DoorDash will continue to honor the valid opt outs of customers or Users who validly opted out of the Arbitration Agreement in a prior version of the Terms and Conditions. If you are a customer or User who creates a DoorDash or Caviar account for the first time on or after November 10, 2020, you may opt out of this Arbitration Agreement. If you do so, neither you nor DoorDash can force the other to arbitrate as a result of this Agreement. To opt out, you must notify DoorDash in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you currently use to access your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you.

(i) **No Effect on Independent Contractor Agreement.** NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND DOORDASH RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A CONTRACTOR. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A CONTRACTOR, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO EFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH DOORDASH.

(j) **Survival.** This Arbitration Agreement will survive any termination of your relationship with DoorDash.

(k) **Modification.** Notwithstanding any provision in the Agreement to the contrary, we agree that if DoorDash makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to DoorDash.

## 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Software and the Services is dependent on the third party from which you received the application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the mobile application(s), the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Software and the Services, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Software or the Services. You agree to comply with, and your license to use the Software and the Services is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when

using the Software or the Services. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

## 14. Social Media Guidelines.

DoorDash maintains certain social media pages for the benefit of the DoorDash community. By posting, commenting, or otherwise interacting with these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

## 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years old, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 16. Indemnification

You agree to indemnify and hold harmless DoorDash and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation, attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Software or Services; (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this Section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

## 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

## 18. Internet Delays

The Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in DoorDash's Privacy Policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

## 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost.  You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all Users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW, DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW, DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND ECONOMIC ADVANTAGE). **THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY DOORDASH'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.**

## 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation, pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for DoorDash's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd St, Suite 800, San Francisco, CA 94107.

## 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third-party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

(e) **Accessing and Downloading the Application from iTunes.** The following applies to any Software accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

(1) You acknowledge and agree that (i) the Agreement is concluded between you and DoorDash only, and not Apple, and (ii) DoorDash, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

(f) **Notice.** Where DoorDash requires that you provide an e-mail address, you are responsible for providing DoorDash with your most current e-mail address. In the event that the last e-mail address you provided to DoorDash is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, DoorDash's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

## 24. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

Not a DoorDash Customer? Check out your help site below!



I'm a

Dasher

(https://help.doordash.com/dashers/s/)

I'm a

Merchant

(https://help.doordash.com/merchants/s/)

**Get to Know Us**

About Us (https://www....

Careers (https://www.d...

Blog (http://blog.doord...

LinkedIn (https://www.li...

GlassDoor (https://www...

Accessibility (https://w...

**Let Us Help You**

Account Details (https:/...

Order History (https://w...

Help (https://help.door...

Have an emergency? (h...

**Doing Business**

Become a Dasher (https...

Be a Partner Restaurant...

Get Dashers for Deliveri...

(https://play.google.com/store/apps/details?yst-collab-b0454x&trac

Terms of Service (https://www.doordash.com/terms/)
Privacy (https://www.doordash.com/privacy/)
Delivery Locations (https://www.doordash.com/food-delivery/)     © 2020 DoorDash

(http://facebook.com/doordash)     (http://twitter.com/doordash)
(http://instagram.com/doordash)     (https://www.glassdoor.com/Overview/Working-at-DoorDash-EI_IE813073.11,19.htm)

# EXHIBIT G



United States ▲▼

## Terms and Conditions – United States
DoorDash Consumers

# Terms and Conditions Agreement

Effective: March 29, 2021

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS ("AGREEMENT") CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION, AND ITS SUBSIDIARIES AND AFFILIATED COMPANIES, INCLUDING CAVIAR, LLC (COLLECTIVELY, "DOORDASH," "WE," "US," OR "OUR").

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, EXCEPT AS SET FORTH IN SECTION 12(G); AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

# 1. Acceptance of this Agreement

DoorDash, including its wholly-owned subsidiary Caviar, provides an online marketplace connection, using web-based technology that connects you and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors"). DoorDash's software permits consumers to place orders for food and/or other goods from

various restaurants and businesses, either for delivery or pickup (the "Software"). Once a delivery order is made, the Software notifies Contractors that a delivery opportunity is available and the Software facilitates completion of the delivery to the consumer. Once a pickup order is made, the Software communicates with the customer regarding the availability of the order for pickup. DoorDash is not a restaurant, delivery service, or food preparation business.

If you access any of our websites located at https://www.doordash.com/ (https://www.doordash.com/) and https://trycaviar.com, install or use our DoorDash or Caviar mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a **"Service"** and collectively, the **"Services"**), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash; and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use the Services.

# 2. Modifications

Subject to Section 12(k) of this Agreement, DoorDash reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Software or Services at any time, effective upon posting of an updated version of this Agreement through the Services. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

# 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. You also agree to abide by any additional DoorDash policies for Users

that are published on our website or mobile application.  Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

# 4. Rules and Prohibitions

Without limiting other rules and prohibitions in this Agreement, by using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

(e) You will not use the Services to cause nuisance, annoyance or inconvenience.

(f) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Merchant, User or Contractor, unless DoorDash has given you prior permission to do so in writing.

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to our websites or access our websites manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of our websites or any content on our websites.

(p) You will not scrape or otherwise conduct any systematic retrieval of data or other content from the Services.

(q) You will not try to harm other Users, DoorDash, or the Services in any way whatsoever.

(r) You will not engage in threatening, harassing, racist, sexist or any other behavior that DoorDash deems inappropriate when using the Services.

(s) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(t) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first-time users.

(u) You will not attempt to undertake any of the foregoing.

In the event that we believe or determine that you have breached any of the aforementioned, we reserve the right to suspend and/or permanently deactivate your account at our sole discretion.

# 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. Merchant is the retailer; the services offered by DoorDash pursuant to this Agreement do not include any retail services or any

food preparation services. DoorDash is not in the delivery business nor is it a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food or whether the photographs or images displayed through the Services accurately reflect the food prepared by the Merchants and/or delivered by the Contractor, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

You agree that the goods that you purchase will be prepared by the Merchant you have selected, that title to the goods passes from the Merchant to you at the Merchant's location, and that, for delivery orders, the Contractor will be directed by your instructions to transport the products to your designated delivery location. You agree that neither the Contractor nor DoorDash holds title to or acquires any ownership interest in any goods that you order through the Services.

# 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). We may enable or require you to use a single pair of login credentials to use the DoorDash and/or Caviar services. You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

# 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the

Services. You further represent and warrant that any User Content that you submit, post and/or otherwise transmit through the Services (i) does not violate any third-party right, including any copyright, trademark, patent, trade secret, privacy right, right of publicity, or any other intellectual property or proprietary right; (ii) does not contain material that is false, intentionally misleading, or defamatory; (iii) does not contain any material that is unlawful; (iv) does not violate any law or regulation; and (v) does not violate this Agreement. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username, first name and last initial, and/or other User profile information, including without limitation, your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the functionality of the Services. In the interest of clarity, the license granted to DoorDash herein shall survive termination of the Services or your account. DoorDash reserves the right in its sole discretion to remove or disable access to any User Content from the Services, suspend or terminate your account at any time, or pursue any other remedy or relief available under equity or law if you post any User Content that violates this Agreement or any community or content guidelines we may publish or that we consider to be objectionable for any reason. You agree that DoorDash may monitor and/or delete your User Content (but does not assume the obligation) for any reason in DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (a) satisfy any applicable law, regulation, legal process, or governmental request, (b) enforce this Agreement, including investigation of potential violations hereof, (c) detect, prevent, or otherwise address fraud, security, or technical issues, (d) respond to User support requests, or (e) protect the rights, property or safety of DoorDash, its Users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Merchant or business; (iv) any Rating or Review you submit will comply with the Federal Trade Commission's Guides Concerning the Use of Endorsements and Testimonials in

Advertising; and (v) your Rating or Review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews or otherwise violates this Agreement, we may remove such User Content without notice.

# 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing Settings in your account. To opt out of receiving promotional text messages from DoorDash, you must reply "STOP" from the mobile device receiving the messages. For purposes of clarity, delivery text messages between you and Dashers are transactional text messages, not promotional text messages.

# 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com with contact information and your mailing address.

# 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash

names, DoorDash logos, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

# 11. Payment Terms

(a) **Prices & Charges.** You understand that: (a) the prices for menu or other items displayed through the Services may differ from the prices offered or published by Merchants for the same menu or other items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu or other items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. For certain transactions, the subtotals shown at checkout are estimates that may be higher or lower depending on the final in- store totals. In those situations, DoorDash reserves the right to charge your payment method the final price after checkout. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). In the event that the charge to your payment method may incorrectly differ from the total amount, including subtotal, fees, and gratuity, displayed to you at checkout and/or after gratuity is selected, DoorDash reserves the right to make an additional charge to your payment method after the initial charge so that the total amount charged is consistent with the total amount displayed to you at checkout and/or after gratuity is selected. All payments will be processed by DoorDash or its payments processor, using the preferred payment method designated in your account. If your payment details change, your card provider may provide us with updated card details. We may use these new details or details from other cards on file in order to help prevent any interruption to your Use of the Services. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

(b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) **Promotional Offers and Credits.** DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and Conditions for Promotional Offers and Credits (the current version of which is available at http://drd.sh/rtb7p2/ (http://drd.sh/rtb7p2/) and which is incorporated in this Agreement by reference) apply to all promotional offers. You agree that we may change DoorDash's Terms and Conditions for Promotional Offers and Credits at

any time. DoorDash may also offer gratuitous credits, which can be used for the Services. Any credit issued by DoorDash is valid for 6 months from the date of issue except to the extent prohibited under applicable law and may not be redeemed for cash or cash equivalent. Upon expiration, credits will be removed from your account. Expired credits are no longer redeemable and cannot be used towards any order. Credits issued through a User's DoorDash and Caviar account may only be redeemed through that respective brand's Services.

(d) **Fees for Services.** DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.  DoorDash may also charge merchants fees on orders that you place through the Services, including commissions and other fees, and may change those merchant fees as we deem necessary or appropriate for our business or to comply with applicable law.

(e) **Referral Program.** DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash Users and place their initial order through the Services by using a unique referral ID link (**"Personal Link"**). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) **DashPass Subscriptions.**

*General*: DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees and other fees may apply. We reserve the right to add and modify fees as discussed in this Section. Your DashPass benefits will extend to both DoorDash and Caviar when you register for a DashPass subscription.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE ONLY TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN ELIGIBLE PAYMENT METHOD THAT WE HAVE ON FILE FOR YOU. If your payment details change, your card provider may provide us with updated card details. We

may use these new details or details from other cards on file in order to help prevent any interruption to your DashPass subscription. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

*Corporate DashPass Subscriptions*: Notwithstanding any other provision in these terms, you may be eligible for a complimentary DashPass subscription when your employer registers for a Corporate DashPass Subscription. If you have a complimentary DashPass subscription through your employer, your account will begin and end in accordance with the terms of your employer's corporate subscription unless your subscription is otherwise cancelled. To receive the subscription benefits, you must register using your corporate email address and be an authorized user added by your employer, and then click the activation button.

*Trial or Promotional Subscriptions*: From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations*: You can cancel your DashPass subscription at any time through the Services. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription) and on Caviar here (https://help.trycaviar.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For both monthly and annual subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may, in its sole discretion, refund your DashPass fee.

If you cancel your DashPass subscription at any other time, you will not receive a refund, but you can continue to enjoy the Reduced Fees and other DashPass benefits through the end of your then-current subscription period.

*DashPass Benefits for Chase Cardmembers:* Chase cardmembers are eligible for certain DashPass benefits on both DoorDash and Caviar when an eligible Chase credit card is added to either account. The specific benefits depend upon which Chase credit card is added to your account. These benefits are subject to this Agreement and the DoorDash Terms and Conditions for Promotional Offers and Credits as well as the following card-specific terms:

- Chase Sapphire Reserve® (https://www.chase.com/digital/resources/terms-of-use/csr-doordash.html)

- Chase Sapphire® & Chase Sapphire Preferred®  (https://www.chase.com/digital/resources/terms-of-use/sapphire-doordash)

- Chase Freedom (https://www.chase.com/digital/resources/terms-of-use/freedom-doordash)

- Chase Slat (https://www.chase.com/digital/resources/terms-of-use/slate-doordash)e

Additional information about the DashPass benefits for Chase cardmembers can be found here (https://help.doordash.com/consumers/s/article/Chase-Partnership?language=en_US).

*Updates and Changes*: The DashPass prices and features may change in the future. If DoorDash changes the monthly or annual fee charged for a DashPass subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash*: Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because it determines, in its sole discretion, that your actions or your use of the Services violates this Agreement or has harmed another User.

(g) Gift Cards. Except as provided below, Gift Cards may be redeemable towards eligible orders placed on www.doordash.com (https://www.doordash.com/) or www.trycaviar.com (http://www.trycaviar.com) in the Caviar and DoorDash apps in the United States. But if you have a Gift Card that was purchased and used September 15, 2020, you must use any remaining balance of that Gift Card on the service (Caviar or DoorDash) where the card was first redeemed. Gift Cards are made available and provided by DoorDash, Inc. Gift Cards are not redeemable for cash except when required by applicable law. For more information on the Gift Card Terms and Conditions, visit dasherhelp.doordash.com/doordash-gift-cards. (https://help.doordash.com/consumers/s/article/DoorDash-Gift-Cards-Terms?language=en_US)

# 12. Dispute Resolution.

# PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH DOORDASH AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

(a) **Scope of Arbitration Agreement.** You agree that any dispute or claim relating in any way to your access or use of the Services as a User of the Services, to any advertising or marketing communications regarding DoorDash or the Services, to any products or services sold or distributed through the Services that you received as a User of our Services, or to any aspect of your relationship or transactions with DoorDash as a User of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or DoorDash may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

CASES HAVE BEEN FILED AGAINST DOORDASH—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH DOORDASH, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST

DOORDASH IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) **Informal Resolution.** You and DoorDash agree that good-faith informal efforts to resolve disputes often can result in a prompt, low-cost and mutually beneficial outcome. You and DoorDash therefore agree that, before either you or DoorDash demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally any claim covered by this mutual Arbitration Agreement. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. The party initiating the claim must give notice to the other party in writing of its, his, or her intent to initiate an informal dispute resolution conference, which shall occur within 60 days after the other party receives such notice, unless an extension is mutually agreed upon by the parties. To notify DoorDash that you intend to initiate an informal dispute resolution conference, email Informal.Resolution@doordash.com, providing your name, telephone number associated with your DoorDash account (if any), the email address associated with your DoorDash account, and a description of your claim. In the interval between the party receiving such notice and the informal dispute resolution conference, the parties shall be free to attempt to resolve the initiating party's claims. Engaging in an informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration.   The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

(c) **Arbitration Rules and Forum.** This Arbitration Agreement is governed by the Federal Arbitration Act ("FAA") in all respects. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply. Before a party may begin an arbitration proceeding, that party must send notice of an intent to initiate arbitration and certifying completion of the informal dispute resolution conference pursuant to paragraph 12(b). If this notice is being sent to DoorDash, it must be sent by email to the counsel who represented DoorDash in the informal dispute resolution process, or if there was no such counsel then by mail to General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by ADR Services, Inc. under its rules and pursuant to the terms of this Agreement. Arbitration demands filed with ADR Services, Inc. must include (1) the name, telephone number, mailing address, and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the signature of the party seeking arbitration. Disputes shall be subject to ADR Services, Inc.'s most current version of its Arbitration Rules, available as of December 21, 2020 at https://www.adrservices.com/services/arbitration-rules (https://www.adrservices.com/services/arbitration-rules) or by calling ADR Services, Inc. at 310-201-0010 (about:blank). The fees that shall apply to arbitrations administered by ADR Services, Inc. are set forth on ADR Services, Inc.'s website, available as of December 21, 2020 at https://www.adrservices.com/rate-fee-schedule/ (https://www.adrservices.com/rate-fee-schedule/). Specifically, the fees set forth in ADR Services, Inc.'s Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services, Inc.'s General Fee Schedule shall apply, except that DoorDash will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a court

of competent jurisdiction embracing the location of the arbitration. Payment of all filing, administration, and arbitration fees will be governed by ADR Services, Inc.'s rules. If the arbitrator finds that you cannot afford to pay ADR Services, Inc.'s filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Inc., DoorDash will pay them for you. If ADR Services, Inc. is not available to arbitrate, the parties will mutually select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the county where you live or at another mutually agreed location.

(d) **Arbitrator Powers.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. All disputes regarding the payment of arbitrator or arbitration-organization fees including the timing of such payments and remedies for nonpayment, shall be determined exclusively by an arbitrator, and not by any court. The arbitration will decide the rights and liabilities, if any, of you and DoorDash. Except as expressly agreed to in Section 12(g) of this Agreement, the arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award, on an individual basis, monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and DoorDash.

(e) **Waiver of Jury Trial.** YOU AND DOORDASH WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and DoorDash are instead electing to have claims and disputes resolved by arbitration, except as specified in Section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(f) **Waiver of Class or Consolidated Actions.** EXCEPT AS EXPRESSLY AGREED TO IN SECTION 12(G) OF THIS AGREEMENT, YOU AND DOORDASH AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS OR COLLECTIVE BASIS EXCEPT AS SET FORTH IN SECTION 12(G). CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER EXCEPT AS SET FORTH IN SECTION 12(G). If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor DoorDash is entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 20. This provision does not prevent you or DoorDash from participating in a class-wide settlement of claims.

(g) **Batch Arbitrations.** To increase efficiency of resolution, in the event 100 or more similar arbitration demands against DoorDash, presented by or with the assistance of the same law firm or organization, are submitted to an arbitration provider selected in accordance with the rules described above within a 30-day period, the arbitration provider shall (i) group the

arbitration demands into batches of no more than 100 demands per batch (plus, to the extent there are less than 100 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (ii) provide for resolution of each batch as a single arbitration with one set of filing and administrative fees and one arbitrator assigned per batch. You agree to cooperate in good faith with DoorDash and the arbitration provider to implement such a batch approach to resolution and fees.

(h) **Opt Out.** DoorDash's updates to these Terms and Conditions do not provide a new opportunity to opt out of the Arbitration Agreement for customers or Users who had previously agreed to a version of DoorDash's or Caviar's Terms and Conditions and did not validly opt out of arbitration. DoorDash will continue to honor the valid opt outs of customers or Users who validly opted out of the Arbitration Agreement in a prior version of the Terms and Conditions. If you are a customer or User who creates a DoorDash or Caviar account for the first time on or after November 10, 2020, you may opt out of this Arbitration Agreement. If you do so, neither you nor DoorDash can force the other to arbitrate as a result of this Agreement. To opt out, you must notify DoorDash in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you currently use to access your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you.

(i) **No Effect on Independent Contractor Agreement.** NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND DOORDASH RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A CONTRACTOR. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A CONTRACTOR, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO EFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH DOORDASH.

(j) **Survival.** This Arbitration Agreement will survive any termination of your relationship with DoorDash.

(k) **Modification.** Notwithstanding any provision in the Agreement to the contrary, we agree that if DoorDash makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to DoorDash.

# 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Software and the Services is dependent on the third party from which you received the application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the mobile application(s), the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Software and the Services, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Software or the Services. You agree to comply with, and your license to use the Software and the Services is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Software or the Services. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

# 14. Social Media Guidelines.

DoorDash maintains certain social media pages for the benefit of the DoorDash community. By posting,

commenting, or otherwise interacting with these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

# 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years old, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

# 16. Indemnification

You agree to indemnify and hold harmless DoorDash and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation, attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Software or Services; (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any

matter potentially covered by the agreements in this Section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

# 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

# 18. Internet Delays

The Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in DoorDash's Privacy Policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

# 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost.  You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all Users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW, DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW, DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND ECONOMIC ADVANTAGE). **THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY DOORDASH'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.**

# 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

# 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation, pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

# 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for DoorDash's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd St, Suite 800, San Francisco, CA 94107.

# 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third-party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

(e) **Accessing and Downloading the Application from iTunes.** The following applies to any Software accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

(1) You acknowledge and agree that (i) the Agreement is concluded between you and DoorDash only, and not Apple, and (ii) DoorDash, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

(f) **Notice.** Where DoorDash requires that you provide an e-mail address, you are responsible for providing DoorDash with your most current e-mail address. In the event that the last e-mail address you provided to DoorDash is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, DoorDash's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in

writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

# 24. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

Not a DoorDash Customer? Check out your help site below!



I'm a

Dasher

(https://help.doordash.com/dashers/s/)



I'm a

Merchant

Merchant



(https://help.doordash.com/merchants/s/)

## Get to Know Us

About Us (https://www....

Careers (https://www.d...

Blog (http://blog.doord...

LinkedIn (https://www.li...

GlassDoor (https://www...

Accessibility (https://w...

## Let Us Help You

Account Details (https:/...

Order History (https://w...

Help (https://help.door...

Have an emergency? (h...

## Doing Business

Become a Dasher (https...

Be a Partner Restaurant...

Get Dashers for Deliveri...

(https://play.google.com/store/apps...) (https://apps.apple.com/us/app/doordash-food-delivery/id719972451)

Terms of Service (https://www.doordash.com/terms/)
Privacy (https://www.doordash.com/privacy/)
Delivery Locations (https://www.doordash.com/food-delivery/)
© 2020 DoorDash

(http://facebook.com/doordash)

(http://twitter.com/doordash)

(http://instagram.com/doordash)

(https://www.glassdoor.com/Overview/Working-at-DoorDash-EI_IE813073.11,19.htm)

EXHIBIT H

| Name | Consumer Id | Date Joined | Address | City | State | Zip Code | Country | Email | Phone Number | Is Staff |
|------|-------------|-------------|---------|------|-------|----------|---------|-------|--------------|----------|
| Zachary Chin | 446778220 | 2020-10-29 20:13:22 | █ | New York | NY | 10282 | United States | █ | +1917█ | FALSE |

# EXHIBIT I

| EVENT_DATE | DD_DEVICE_ID | PLATFORM | CONVERT_TIMEZONE('UTC','US/PACIFIC',RECEIVED_AT) | EVENT_TYPE | USER_ID | EXPERIENCE | EMAIL | TRAFFIC_CONSUMER_ID |
|---|---|---|---|---|---|---|---|---|
| 10/29/2020 | fd14a33345ce6106 | android | 2020-10-29 13:13:24 | google_signup_successful | 455581152 | doordash | | 446778220 |

# EXHIBIT J

| NAME | EMAIL | PHONE | CONSUMER_ID | SUBSCRIPTION_START | SUBSCRIPTION_END | SUBSCRIPTION_CANCELLED_DATE | SUBSCRIPTION_STATUS |
|---|---|---|---|---|---|---|---|
| Zachary Chin | | (917) | 446778220 | 2020-11-24 23:31:54 | 2021-01-16 03:35:45 | 2021-01-16 03:35:45 | cancelled_immediately_and_refunded |

EXHIBIT K

| Name | Consumer Id | Date Joined | Address | City | State | Zip Code | Country | Email | Phone Number | Is Staff |
|------|-------------|-------------|---------|------|-------|----------|---------|-------|--------------|----------|
| Quiana Pleasant | 80454305 | 2019-02-19 04:31:08 | ███████ | Rockland | MA | 02370 | United States | ███████ | +1857███ | FALSE |

EXHIBIT L

| Name | Consumer Id | Date Joined | Address | City | State | Zip Code | Country | Email | Phone Number | Is Staff |
|------|-------------|-------------|---------|------|-------|----------|---------|-------|--------------|----------|
| Elegant Abstract ♡ | 482858041 | 2020-12-11 00:24:36 | ▮ | Rockland | MA | 02370 | United States | ▮ | +1508▮ | FALSE |

# EXHIBIT M



ASAP to Austin

# Updated Terms and Conditions Agreement

Effective: April 3, 2018

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS ("AGREEMENT") CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION ("COMPANY").

SECTION 12 OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

By accessing or using the website located at https://www.doordash.com/ ("Website") in any way, downloading, installing or using the Company's mobile application ("Application") or any other software supplied by the Company (collectively, with the Application, the "Software"), accessing or using any information, services, features or resources available or enabled via the Website or Software (each, a "Service" and collectively, the "Services")), clicking on a button or taking similar action to signify your affirmative acceptance of this Agreement, or completing the DoorDash account registration process, you hereby represent that: (1) you have read, understand, and agree to be bound by this Agreement and any future amendments and additions to this Agreement as published from time to time at https://www.doordash.com/terms/ or through the Services; (2) you are of legal age in the jurisdiction in which you reside to form a binding contract with Company; and (3) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any company, organization or other legal entity you have named as the user during the DoorDash account registration process and to bind that company, organization or entity to the Agreement. The terms "you," "user" and "users" refer to all individuals and other persons who access or use the Website, Software, and/or Services, including, without limitation, any companies, organizations or other legal entities that register accounts or otherwise access or use the Services through their respective employees, agents or representatives. Except as otherwise provided herein, if you do not agree to be bound by the Agreement, you may not access or use the Website, the Services, or the Software.

Subject to Section 12(h) of this Agreement, the Company reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Website, Software or Services at any time, effective upon posting of an updated version of this Agreement on the Website or Software. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

The Company uses a network of independent third-party contractors (Dashers) who provide delivery services to our users and food service providers. It is up to each Dasher to provide such delivery services. The Food Service Providers available through our Services ("Food Service Providers") also operate independently of the Company. The Company will not assess the suitability, legality or ability of any Dasher or Food Service Provider. The Company is not responsible for the Food Service Providers' food preparation or safety and does not verify their compliance with applicable laws or regulations. The Company has no responsibility or liability for acts by any third-party Food Service Provider or Dasher, other than as stated herein.

# 1. User Representations, Warranties and Covenants

By using the Services, you expressly represent and warrant that you are legally entitled to enter this Agreement. Your participation in using the Services is for your sole, personal or internal business use. When using the Services, you agree to comply with all applicable laws from your home nation, and the country, state and city in which you are present while using the Services.

You may only access the Services using authorized means. It is your responsibility to check to ensure you download the correct Software for your device. The Company is not liable if you do not have a compatible device or if you have downloaded the wrong version of the Software for your device. The Company reserves the right to terminate your use of the Software and/or Services should you be using the Software or Services with an incompatible or unauthorized device.

By using the Services, you agree that:

1. (a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes.

2. (b) You will not use the Services to cause nuisance, annoyance or inconvenience.

3. (c) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Food Service Provider, user or Dasher, unless the Company has given you permission to do so in writing.

4. (d) You will not copy or distribute the Software or any content displayed through the Services without prior written permission from the Company.

5. (e) You will not create or compile, directly or indirectly, any collection, compilation, or other directory from any content displayed through the Services except for your personal, noncommercial use.

6. (f) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

7. (g) You are aware that when requesting Services by SMS text messages, standard messaging charges will apply.

8. (h) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

9. (i) You will only use the Services for your own use and will not resell either the Software or Services to a third party.

10. (j) You will not use the Website or Software in any way that could damage, disable, overburden or impair any Company server, or the networks connected to any Company server.

11. (k) You will not attempt to gain unauthorized access to any part of the Website and/or to any service, account, resource, computer system and/or network connected to any Company server.

12. (l) You will not deep-link to the Website or access the Website manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy or monitor any portion of the Website or any content on the Website, unless the Company has given you permission to do so in writing.

13. (m) You will not copy any content displayed through the Services, including but not limited to Food Service Providers' menu content and reviews, for republication in any format or media.

14. (n) You will not conduct any systematic retrieval of data or other content from the Website, Software or Services.

15. (o) You will not try to harm other Users or the Company, the Website, Software or Services in any way whatsoever.

16. (p) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Website, Software or Services.

17. (q) You will not abuse our promotional or credit code system by redeeming multiple coupons at once.

## 2. User Account

You are the sole authorized User of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account by minors. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify the Company immediately. If you provide any information that is untrue, inaccurate, not current, or incomplete, or the Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, the Company has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). You agree not to create an account or use the Services if you have been previously removed by the Company, or if you have been previously banned from use of the Services.

## 3. User Content

1. (a) User Content. The Company may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit ("Make Available") through the Services. You hereby grant the Company a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with the Company's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant the Company a license to use your username and/or other User profile information, including without limitation your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you.

2. (b) Feedback. You agree that any submission of any ideas, suggestions, and/or proposals to the Company through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that the Company has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you

hereby grant to Company a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

3. (c) Ratings and Reviews. To the extent that you are asked to rate and post reviews of Food Service Providers or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by the Company and do not represent the views of the Company or its affiliates. The Company does not assume liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Food Service Provider or business; (ii) you will not provide a Rating or Review for any Food Service Provider or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Food Service Provider or business and (iv) your review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews, we may exclude such User Content without notice.

# 4. Intellectual Property Ownership

The Company alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Website, the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Website, the Software or the Services, or any intellectual property rights owned by the Company. The Company name, the Company logo, and the product names associated with the Website, the Software and Services are trademarks of the Company or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Website, the Software or the Services.

# 5. Payment Terms

1. (a) Prices. You understand that: (a) the prices for menu items displayed through the Services may differ from the prices offered or published by Food Service Providers for the same menu items and/or from prices available at other third-party websites and that such prices may not be the lowest prices at which the menu items are sold; (b) the Company has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) the Company reserves the right to change such prices at any time, at its discretion. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on the Company's income). Payment will be processed by the Company, using the preferred payment method designated in your account.

2. (b) No Refunds. Charges paid by you for completed and delivered orders are final and non-refundable. The Company has no obligation to provide refunds or credits, but may grant them, in each case in Company's sole discretion.

3. (c) Promotional Offers. The Company, at its sole discretion, may make promotional offers with different features and different rates to any of our Users. These promotional offers, unless made to you, shall have no bearing whatsoever on your offer or contract. We encourage you to check back at our Website periodically if you are interested in learning more about how we charge for the Software or Services.

4. (d) Fees for Services and Software. The Company may change the fees for our Services as we deem necessary or appropriate for our business.

5. (e) Referral Program. The Company's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ ("Program"). Under the Program, the Company offers its registered customers in good standing the opportunity to earn DoorDash credits as promotional rewards by inviting their eligible friends (each, a "Referred Friend") to register as new DoorDash customers and place their initial order through the Service by using a unique referral ID link ("Personal Link"). For each Qualified Referral (as defined in the Program) generated through a User's Personal Link, the User may receive a credit as specified on the Company's Referral Program page. You agree we may change the terms and conditions of the Program or terminate the Program at any time.

6. (f) DashPass Subscriptions. DashPass is a subscription that provides free deliveries (no delivery fee) on orders with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Free Deliveries") placed through the Services for a monthly or yearly fee. Free Deliveries are subject to delivery driver and geographic availability, and taxes may apply to the cost of the food and/or beverages that you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, service fees may apply. You will be charged your first monthly subscription fee on the date you purchase your subscription. BY DEFAULT (AND WITH PRIOR NOTICE TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW, AND THE THEN-CURRENT DASHPASS FEE WILL BE AUTOMATICALLY CHARGED TO YOU AT THE TIME OF RENEWAL. If you do not want your subscription to automatically renew, you can change this default via the Menu or the in-app DashPass banner, depending on the system you are using. You can cancel your DashPass subscription at any time on the Application and doordash.com. You must cancel at least 1 day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9). If you participated in a free or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable). For all other members, if you cancel your DashPass subscription within the first 48 hours and have not placed an order during that period, DoorDash will refund your DashPass fee. If you cancel at any other time, you will not receive a refund, but you can continue to enjoy the Free Deliveries through the end of your then-current billing period. From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to these Terms except as otherwise stated in the promotional offer. Only one trial or promotional subscription is available per household. DoorDash will bill you the applicable fee after your free trial period has expired. If you cancel DashPass before the trial period has expired, DoorDash will not charge you. DoorDash may change the monthly or annual fee charged for DashPass at any time, but any such fee change will not apply to current DashPass members until such time as your current subscription expires and your subscription is renewed for another term. We may change the terms or conditions applicable to DashPass from time to time. Any new or renewed DoorDash Pass subscriptions will be subject to the terms and conditions active at that time and displayed when you sign up for DashPass. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription. Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled.

# 6. Third-Party Interactions

1. (a) Third-Party Websites, Applications and Advertisements. The Services may contain links to third-party websites ("Third-Party Websites") and applications ("Third-Party Applications") and advertisements ("Third-Party Advertisements") (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, the Company will

not warn you that you have left the Company's Website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of the Company. The Company is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. The Company provides these Third-Party Websites & Advertisements only as a convenience and does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

2. (b) App Stores. You acknowledge and agree that the availability of the Application is dependent on the third party from which you received the Application license, e.g., the Apple iPhone or Android app stores ("App Store"). You acknowledge that this Agreement is between you and the Company and not with the App Store. The Company, not the App Store, is solely responsible for the Software and the Services, including the Application and the Services, the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Application, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Application or the Services. You agree to comply with, and your license to use the Application is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Application. You acknowledge that the App Store (and its subsidiaries) are intended third-party beneficiaries of the Agreement and have the right to enforce them.

# 7. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Food Service Providers. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Dasher delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither the Company nor the Dasher can accept your order of alcohol products, and the order will only be delivered if the Food Service Provider accepts your order. The Dasher reserves the right to refuse delivery if you are not 21 years of older, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Dasher is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

# 8. Indemnification

You agree to indemnify and hold harmless the Company and its officers, directors, employees, agents and affiliates (each, an "Indemnified Party"), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Website, Software or Services; (c) your violation of this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Website, Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. The Company reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with the Company in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise,

Case 4:22-cv-00250-YGR    Document 22-1    Filed 03/23/22    Page 115 of 156

misrepresentation or concealment, suppression or omission of any material fact in connection with the Website, Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Website, Software and/or Services.

# 9. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE WEBSITE, SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE WEBSITE, SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE WEBSITE, SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. THE COMPANY MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE WEBSITE, SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

THE COMPANY DOES NOT WARRANT THAT THE WEBSITE, SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE WEBSITE, SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE WEBSITE, SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, THE COMPANY SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

# 10. Internet Delays

The Company's Website, Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in the Company's privacy policy or as otherwise required by applicable law, the Company is not responsible for any delays, delivery failures, or other economic damage resulting from such problems.

# 11. Limitation of Liability

1. (a) Cap on Liability. TO THE FULLEST EXTENT OF LAW THE COMPANY'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF (a) AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO THE COMPANY IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM, AND (b) THE REMEDY OR PENALTY IMPOSED BY THE STATUTE UNDER WHICH SUCH CLAIM ARISES. THE FOREGOING CAP ON LIABILITY SHALL NOT APPLY TO LIABILITY OF THE COMPANY FOR (a) DEATH OR PERSONAL INJURY CAUSED BY THE COMPANY'S NEGLIGENCE OR WILLFUL MISCONDUCT, OR FOR (b) ANY INJURY CAUSED BY THE COMPANY'S FRAUD OR FRAUDULENT MISREPRESENTATION.

2. (b) Disclaimer of Certain Damages. TO THE FULLEST EXTENT OF LAW THE COMPANY SHALL NOT BE LIABLE TO ANYONE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOSS OF DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE). THE COMPANY SHALL NOT BE LIABLE FOR ANY LOSS, DAMAGE OR INJURY WHICH MAY BE INCURRED BY YOU, INCLUDING BUT NOT LIMITED TO LOSS, DAMAGE OR INJURY ARISING OUT OF, OR IN ANY WAY CONNECTED WITH THE WEBSITE, SOFTWARE, OR SERVICES INCLUDING BUT NOT LIMITED TO THE USE OR INABILITY TO USE THE WEBSITE, SOFTWARE, OR SERVICES, ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY ADVERTISING, OR AS A RESULT OF ANY RELATIONSHIP OR TRANSACTION BETWEEN YOU AND ANY FOOD SERVICE PROVIDER, DASHER, ADVERTISER

OR SPONSOR WHOSE ADVERTISING APPEARS ON THE WEBSITE OR IS REFERRED BY THE SOFTWARE OR SERVICES, EVEN IF THE COMPANY AND/OR ITS LICENSORS HAVE BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY THE COMPANY'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.

# 12. Dispute Resolution

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH THE COMPANY AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

1. (a) Scope of Arbitration Agreement. You agree that any dispute or claim relating in any way to your access or use of the Services as a consumer of our Services, to any advertising or marketing communications regarding the Company or the Services, to any products or services sold or distributed through the Services that you received as a consumer of our Services, or to any aspect of your relationship or transactions with Company as a consumer of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or the Company may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

   CASES HAVE BEEN FILED AGAINST THE COMPANY—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

   IF YOU AGREE TO ARBITRATION WITH THE COMPANY, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST THE COMPANY IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

2. (b) Arbitration Rules and Forum. This Arbitration Agreement is governed by the Federal Arbitration Act in all respects. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent, General Counsel, at 901 Market Street, 6th Floor, San Francisco, CA, 94103. The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/; all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/. JAMS's rules are also available at www.jamsadr.com (under the Rules/Clauses tab) or by calling JAMS at 800-352-5267. Payment of all filing, administration, and arbitration fees will be governed by JAMS's rules. If the arbitrator finds that you cannot afford to pay JAMS's filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from JAMS, the Company will pay them for you. In addition, the Company will reimburse all such JAMS's filing, administrative, hearing and/or other fees for claims with an amount in controversy totaling less than $10,000. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to

have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the country where you live or at another mutually agreed location.

3. (c) Arbitrator Powers. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitration will decide the rights and liabilities, if any, of you and the Company. The arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and the Company.

4. (d) Waiver of Jury Trial. YOU AND THE COMPANY WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and the Company are instead electing to have claims and disputes resolved by arbitration, except as specified in section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

5. (e) Waiver of Class or Consolidated Actions. YOU AND THE COMPANY AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor the Company is entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 13.

6. (f) Opt Out. You may opt out of this Arbitration Agreement. If you do so, neither you nor the Company can force the other to arbitrate as a result of this Agreement. To opt out, you must notify the Company in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you used to set up your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us. NOTWITHSTANDING ANYTHING TO THE CONTARY HEREIN, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND THE COMPANY RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A DASHER. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A DASHER, OPTING-OUT OF THE ARBITIRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO AFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPEDENT CONTRACTOR AGREEMENT WITH THE COMPANY.

7. (g) Survival. This Arbitration Agreement will survive any termination of your relationship with the Company.

Case 4:22-cv-00250-YGR     Document 22-1     Filed 03/23/22     Page 118 of 156

8. (h) Modification. Notwithstanding any provision in the Agreement to the contrary, we agree that if the Company makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to the Company.

# 13. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and the Company agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in Santa Clara County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

# 14. Termination

At its sole discretion, the Company may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, the Company reserves the right to take appropriate legal action, including without limitation pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

# 15. Procedure for Making Claims of Copyright Infringement.

It is the Company's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to the Company by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Website or the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Website or in the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for the Company's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, Door Dash, Inc., 901 Market St, 6th Floor, San Francisco, CA 94103.

# 16. General

1. (a) No Joint Venture or Partnership. No joint venture, partnership, employment, or agency relationship exists between you, the Company or any third party provider as a result of this Agreement or use of the Software or Services.

2. (b) Choice of Law. This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

3. (c) Severability. Except as otherwise provided herein, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

4. (d) Consumer Complaints. In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

5. (e) Accessing and Downloading the Application from iTunes. The following applies to any Application accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

   1. (1) You acknowledge and agree that (i) the Agreement is concluded between you and the Company only, and not Apple, and (ii) the Company, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

   2. (2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

   3. (3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between the Company and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of the Company.

   4. (4) You and the Company acknowledge that, as between the Company and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

   5. (5) You and the Company acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between the Company and Apple, the Company, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

   6. (6) You and the Company acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

   7. (7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

6. (f) Notice. Where the Company requires that you provide an e-mail address, you are responsible for providing the Company with your most current e-mail address. In the event that the last e-mail address you provided to the Company is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, the Company's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to the Company through the following web form: www.doordash.com/help/. Such notice shall be deemed given on the next business day after such e-mail is actually received by the Company.

7. (g) Electronic Communications. For contractual purposes, you (1) consent to receive communications from the Company in an electronic form; and (2) agree that all terms and conditions, agreements, notices,

disclosures, and other communications that the Company provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. This subparagraph does not affect your statutory rights.

8. (h) Entire Agreement. This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and the Company relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Dasher.

# 17. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.
901 Market St, 6th Floor
San Francisco, CA 94103
Help Form: https://www.doordash.com/help/
Telephone Number: +1 (855) 973-1040

# Get to Know Us

About Us
Careers
Blog
LinkedIn
Glassdoor
Accessibility

# Let Us Help You

Account Details
Order History
Help

# Doing Business

Become a Dasher
Be a Partner
Restaurant
Get Dashers for
Deliveries



Delivery Hours
Every day: 6:30AM - 1:59AM





 Terms of ServicePrivacyDelivery Locations

© 2018 DoorDash



EXHIBIT N

| EVENT_DATE | DD_DEVICE_ID | PLATFORM | CONVERT_TIMEZONE('UTC','US/PACIFIC',RECEIVED_AT) | EVENT_TYPE | USER_ID | EXPERIENCE | EMAIL | TRAFFIC_CONSUMER_ID |
|---|---|---|---|---|---|---|---|---|
| 2/18/2019 | dx_ec4c4150d0764e69b8f678f9a78b9b15 | mobile | 2019-02-18 20:35:41 | google_signup_successful | 80454305 | doordash | ███████ | 80454305 |
| 12/10/2020 | dx_CB62379D-B98C-4D45-ABFA-A9FFC6083718 | ios | 2020-12-10 16:24:37 | apple_signup_successful | 492546874 | doordash | | 482858041 |

EXHIBIT O

onsumers/s/)            Order with DoorDash            Delivery Support            Popular Topics            More            🔍

United States                    ▼

## Terms and Conditions – United States
DoorDash Consumers

# Terms and Conditions Agreement

Effective: January 1, 2020

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS (**"AGREEMENT"**) CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION (**"DOORDASH," "WE," "US," OR "OUR"**).

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

## 1. Acceptance of this Agreement

The Company provides an online marketplace connection, using web-based technology that connects You and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors").  The Company's software permits consumers to place orders for food and/or other goods from various restaurants and businesses. Once such orders are made, the Company's software notifies Contractors that a delivery opportunity is available and the software facilitates completion of the delivery to the consumer. The Company is not a restaurant, delivery service, or food preparation business.

If you access the website located at https://www.doordash.com/ (https://www.doordash.com/), install or use DoorDash's mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a **"Service"** and collectively, the **"Services"**), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash (the "Minimum Age"); and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. **Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use DoorDash's Services.**

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

## 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

## 4. Rules and Prohibitions

By using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

(e) You will not use the Services to cause nuisance, annoyance or inconvenience.

(f) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Merchant, user or Contractor, unless DoorDash has given you prior permission to do so in writing.

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to the DoorDash website or access the DoorDash website manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of the DoorDash website or any content on the DoorDash website.

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

(r) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(s) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first time users.

(t) You will not attempt to undertake any of the foregoing.

## 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. DoorDash is not the retailer of any products offered by Merchants, nor is it in the delivery business or a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

You agree that the goods that you purchase will be prepared by the Merchant you have selected, that title to the goods passes from the Merchant to you at the Merchant's location, and that the Contractor will be directed by your instructions to transport the products to your designated delivery location. You agree that neither the Contractor nor DoorDash holds title to or acquires any ownership interest in any goods that you order through the Services.

## 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

## 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the Services. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username and/or other User profile information, including without limitation your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the

DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (i) satisfy any applicable law, regulation, legal process, or governmental request, (ii) enforce this Agreement, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security, or technical issues, (iv) respond to User support requests, or (v) protect the rights, property or safety of DoorDash, its users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Merchant or business; and (iv) your review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews or otherwise violates this Agreement, we may remove such User Content without notice.

## 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing the Settings in your account. You may also opt-out of receiving text messages from DoorDash by replying "STOP" from the mobile device receiving the messages.

## 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com (mailto:privacy@doordash.com) with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com (mailto:privacy@doordash.com) with contact information and the address for delivery.

## 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash name, DoorDash logo, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

(a) Prices. You understand that: (a) the prices for menu items displayed through the Services may differ from the prices offered or published by Merchants for the same menu items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). Payment will be processed by DoorDash, using the preferred payment method designated in your account.

(b) No Refunds. Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) Promotional Offers and Credits. DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and Conditions for Promotional Offers and Credits (the current version of which is available at http://drd.sh/rtb7p2/ (http://drd.sh/rtb7p2/) and which is incorporated in this Agreement by reference) apply to all promotional offers. DoorDash may also offer gratuitous credits, which can be used for the Services. Any credit issued by DoorDash is valid for 6 months from the date of issue except to the extent prohibited under applicable law and may not be redeemed for cash or cash equivalent. Upon expiration, credits will be removed from your account. Expired credits are no longer redeemable and cannot be used towards any order.

(d) Fees for Services. DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.

(e) Referral Program. DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash Users and place their initial order through the Service by using a unique referral ID link ("Personal Link"). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) DashPass Subscriptions.

General - DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees may apply.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN

*Trial or Promotional Subscriptions* – From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to these Terms and the DoorDash Terms of Promotions except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations* – You can cancel your DashPass subscription at any time through the Application or on doordash.com. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For monthly subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may refund your DashPass fee in its sole discretion. For annual subscribers, if you cancel your DashPass subscription within thirty (30) days of placing your first DashPass-eligible order, DoorDash may refund your DashPass annual fee in its sole discretion.

If you cancel your DashPass subscription at any other time, you will not receive a refund, but you can continue to enjoy the Reduced Fees and other DashPass benefits through the end of your then-current subscription period.

*Updates and Changes* – The DashPass prices and features may change in the future. If DoorDash changes the monthly or annual fee charged for a DashPass subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash* – Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because we determine, in our sole discretion, that your actions or your use of the Services violates this Agreement or has harmed another User.

## 12. Dispute Resolution.

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH THE COMPANY AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

(a) Scope of Arbitration Agreement. You agree that any dispute or claim relating in any way to your access or use of the Services as a consumer of our Services, to any advertising or marketing communications regarding the Company or the Services, to any products or services sold or distributed through the Services that you received as a consumer of our Services, or to any aspect of your relationship or transactions with Company as a consumer of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if

CASES HAVE BEEN FILED AGAINST THE COMPANY—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH THE COMPANY, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST THE COMPANY IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) Arbitration Rules and Forum. This Arbitration Agreement is governed by the Federal Arbitration Act in all respects. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent, General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/ (http://www.jamsadr.com/rules-streamlined-arbitration/); all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/ (http://www.jamsadr.com/rules-comprehensive-arbitration/). JAMS's rules are also available at www.jamsadr.com (http://www.jamsadr.com/) (under the Rules/Clauses tab) or by calling JAMS at 800-352-5267. Payment of all filing, administration, and arbitration fees will be governed by JAMS's rules. If the arbitrator finds that you cannot afford to pay JAMS's filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from JAMS, the Company will pay them for you. In addition, the Company will reimburse all such JAMS's filing, administrative, hearing and/or other fees for claims with an amount in controversy totaling less than $10,000. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the country where you live or at another mutually agreed location.

(c) Arbitrator Powers. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitration will decide the rights and liabilities, if any, of you and the Company. The arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and the Company.

(d) Waiver of Jury Trial. YOU AND THE COMPANY WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and the Company are instead electing to have claims and disputes resolved by arbitration, except as specified in section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(e) Waiver of Class or Consolidated Actions. YOU AND THE COMPANY AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

(f) Opt Out. You may opt out of this Arbitration Agreement. If you do so, neither you nor the Company can force the other to arbitrate as a result of this Agreement. To opt out, you must notify the Company in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you used to set up your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND THE COMPANY RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A Contractor. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A Contractor, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO AFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH THE COMPANY.

(g) Survival. This Arbitration Agreement will survive any termination of your relationship with the Company.

(h) Modification. Notwithstanding any provision in the Agreement to the contrary, we agree that if the Company makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to the Company.

## 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's Website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Application is dependent on the third party from which you received the Application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the Application and the Services, the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Application, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Application or the Services. You agree to comply with, and your license to use the Application is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Application. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

## 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years of older, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 16. Indemnification

You agree to indemnify and hold harmless DoorDash and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Software or Services; (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

## 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

communications. Except as set forth in DoorDash's privacy policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

## 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost. You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND ECONOMIC ADVANTAGE). THE FOREGOING DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY DOORDASH'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.

## 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted

notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd St, Suite 800, San Francisco, CA 94107.

## 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

(e) **Accessing and Downloading the Application from iTunes.** The following applies to any Application accessed through or downloaded from the Apple App Store (an "App Store Sourced Application"):

(1) You acknowledge and agree that (i) the Agreement is concluded between you and DoorDash only, and not Apple, and (ii) DoorDash, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

## 24. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

---

# Terms and Conditions Agreement

Last Updated: August 22, 2019

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS ("**AGREEMENT**") CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION ("**DOORDASH,**" "**WE,**" "**US,**" OR "**OUR**").

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD

## 1. Acceptance of this Agreement

The Company provides an online marketplace connection, using web-based technology that connects You and other consumers, restaurants and/or other businesses and independent delivery contractors ("Contractors").  The Company's software permits consumers to place orders for food and/or other goods from various restaurants and businesses. Once such orders are made, the Company's software notifies Contractors that a delivery opportunity is available and the software facilitates completion of the delivery to the consumer. The Company is not a restaurant, delivery service, or food preparation business.

If you access the website located at https://www.doordash.com/ (https://www.doordash.com/), install or use DoorDash's mobile application, install or use any other software supplied by DoorDash, or access any information, function, or service available or enabled by DoorDash (each, a **"Service"** and collectively, the **"Services"**), or complete the DoorDash account registration process, you, your heirs, assigns, and successors (collectively, "you" or "your") hereby represent and warrant that:

(a) you have read, understand, and agree to be bound by this Agreement;

(b) you are of legal age in the jurisdiction in which you reside to form a binding contract with DoorDash (the "Minimum Age"); and

(c) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any organization on whose behalf you have created an account and to bind such organization to the Agreement.

The terms "User" and "Users" refer to all individuals and other persons who access or use the Services, including, without limitation, any organizations that register accounts or otherwise access or use the Services through their respective representatives. **Except as otherwise provided in this Agreement, if you do not agree to be bound by the Agreement, you may not access or use DoorDash's Services.**

## 2. Modifications

Subject to Section 12(h) of this Agreement, DoorDash reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Software or Services at any time, effective upon posting of an updated version of this Agreement through the Services. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

## 3. Additional Terms and Policies

By using the Services, you agree to be bound by this Agreement and acknowledge and agree to the collection, use, and disclosure of your personal information in accordance with DoorDash's Privacy Policy (https://www.doordash.com/privacy/), which is incorporated in this Agreement by reference. Certain features of our Services may be subject to additional terms and conditions, which are incorporated herein by reference.

## 4. Rules and Prohibitions

By using the Services, you agree that:

(a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes; and you will not engage in conduct that harms other Users, DoorDash employees, or our community.

(b) You will only use the Services in accordance with all applicable laws, including copyrights, trade secrets, or other rights of any third party, including privacy or publicity rights.

(c) You will only access the Services using means explicitly authorized by DoorDash.

(d) You will not use another User's account, impersonate any person or entity, or forge or manipulate headers or identifiers to disguise the origin of any content transmitted through the Services.

onsumers/s/)                Order with DoorDash                Delivery Support                Popular Topics                More                🔍

(g) You will not copy or distribute the Software or any content displayed through the Services, including Merchants' menu content and reviews, for republication in any format or media.

(h) You will not compile, directly or indirectly, any content displayed through the Services except for your personal, noncommercial use.

(i) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

(j) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

(k) You will use the Software and Services only for your own use and will not directly or indirectly resell, license or transfer the Software, Services or content displayed by the Services to a third party.

(l) You will not use the Services in any way that could damage, disable, overburden or impair any DoorDash server, or the networks connected to any DoorDash server.

(m) You will not attempt to gain unauthorized access to the Services and/or to any account, resource, computer system, and/or network connected to any DoorDash server.

(n) You will not probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures DoorDash may use to prevent or restrict access to the Services or use of the Services or the content therein.

(o) You will not deep-link to the DoorDash website or access the DoorDash website manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy, index, frame, or monitor any portion of the DoorDash website or any content on the DoorDash website.

(p) You will not conduct any systematic retrieval of data or other content from the Services.

(q) You will not try to harm other Users, DoorDash, or the Services in any way whatsoever.

(r) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Services.

(s) You will not abuse our promotional or credit code system, including by redeeming multiple coupons at once or by opening multiple accounts to benefit from offers available only to first time users.

(t) You will not attempt to undertake any of the foregoing.

## 5. Contractors and Merchants Are Independent

You understand and agree that DoorDash provides a technology platform connecting you with independent food service providers and others that provide the products offered through the Services ("**Merchants**"), and independent third-party contractors who provide delivery services ("**Contractors**"). You acknowledge and agree that DoorDash does not itself prepare food or offer delivery services, and has no responsibility or liability for the acts or omissions of any Merchant or any Contractor. DoorDash is not the retailer of any products offered by Merchants, nor is it in the delivery business or a common carrier. DoorDash provides a technology platform facilitating the transmission of orders by Users to Merchants for pickup or delivery by Contractors. DoorDash will not assess or guarantee the suitability, legality or ability of any Contractor or Merchant. You agree that DoorDash is not responsible for the Merchants' food preparation or the safety of the food, and does not verify Merchants' compliance with applicable laws or regulations. DoorDash has no responsibility or liability for acts or omissions by any Merchant or Contractor.

## 6. User Account

You may be required to register for an account to use parts of the Services. You must provide accurate, current, and complete information during the registration process and at all other times when you use the Services, and to update the information to keep it accurate, current, and complete. You are the sole authorized user of any account you create through the Services. You are solely and fully responsible for all activities that occur under your password or account. You agree that you shall monitor your account to prevent use by minors, and you will accept full responsibility for any unauthorized use of your password or your account. You may not authorize others to use your User status, and you may not assign or otherwise transfer your User account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify DoorDash immediately. DoorDash will not be liable and you may be liable for losses, damages, liability, expenses, and fees incurred by DoorDash or a third party arising from someone else using your account, regardless of whether you have notified us of such unauthorized use. If you provide any information that is untrue, inaccurate, not current, or incomplete, or DoorDash has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, DoorDash has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). You agree not to create an account or use the Services if you have been previously removed by DoorDash, or if you have been previously banned from use of the Services.

## 7. User Content

(a) **User Content.** DoorDash may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit through the Services. You hereby grant DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with DoorDash's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant DoorDash a license to use your username and/or other User profile information, including without limitation your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you. You agree that this license includes the right for other Users to access and use your User Content in conjunction with participation in the Services and as permitted through the functionality of the Services. In the interest of clarity, the license granted to DoorDash herein shall survive termination of the Services or your account. DoorDash reserves the right in its sole discretion to remove or disable access to any User Content from the Services, suspend or terminate your account at any time, or pursue any other remedy or relief available under equity or law if you post any User Content that violates this Agreement or we consider to be objectionable for any reason. You agree that DoorDash may monitor and/or delete your User Content (but does not assume the obligation) for any reason in DoorDash's sole discretion. DoorDash may also access, read, preserve, and disclose any information as DoorDash reasonably believes is necessary to (i) satisfy any applicable law, regulation, legal process, or governmental request, (ii) enforce this Agreement, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security, or technical issues, (iv) respond to User support requests, or (v) protect the rights, property or safety of DoorDash, its users and the public.

(b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to DoorDash through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that DoorDash has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to DoorDash a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

(c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Merchants or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by DoorDash and do not represent the views of DoorDash or its affiliates. DoorDash shall have no liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Merchant or business; (ii) you will not provide a Rating or Review for any Merchant or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you

## 8. Communications with DoorDash

By creating a DoorDash account, you electronically agree to accept and receive communications from DoorDash, Contractors, or third parties providing services to DoorDash including via email, text message, calls, and push notifications to the cellular telephone number you provided to DoorDash. You understand and agree that you may receive communications generated by automatic telephone dialing systems and/or which will deliver prerecorded messages sent by or on behalf of DoorDash, its affiliated companies and/or Contractor, including but not limited to communications concerning orders placed through your account on the Services. Message and data rates may apply. If you do not wish to receive promotional emails, text messages, or other communications, you may change your notification preferences by accessing the Settings in your account. You may also opt-out of receiving text messages from DoorDash by replying "STOP" from the mobile device receiving the messages.

## 9. E-SIGN Disclosure

By creating a DoorDash account, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by emailing DoorDash at privacy@doordash.com (mailto:privacy@doordash.com) with "Revoke Electronic Consent" in the subject line.

To view and retain a copy of this disclosure, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, email DoorDash at privacy@doordash.com (mailto:privacy@doordash.com) with contact information and the address for delivery.

## 10. Intellectual Property Ownership

DoorDash alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Software or the Services, or any intellectual property rights owned by DoorDash. DoorDash name, DoorDash logo, and the product names associated with the Software and Services are trademarks of DoorDash or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Software or the Services.

## 11. Payment Terms

(a) **Prices.** You understand that: (a) the prices for menu items displayed through the Services may differ from the prices offered or published by Merchants for the same menu items and/or from prices available at third-party websites and that such prices may not be the lowest prices at which the menu items are sold; (b) DoorDash has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) DoorDash reserves the right to change such prices at any time, at its discretion. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on DoorDash's income). Payment will be processed by DoorDash, using the preferred payment method designated in your account.

(b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. DoorDash has no obligation to provide refunds or credits, but may grant them, in each case in DoorDash's sole discretion.

(c) **Promotional Offers and Credits.** DoorDash, at its sole discretion, may make promotional offers with different features and different rates to any User. These promotional offers are subject to the terms of this Agreement and may be valid only for certain Users as indicated in the offer. You agree that promotional offers: (i) may only be used by the intended audience, for the intended purpose, and in a lawful manner; (ii) may not be duplicated, sold or transferred in any manner, or made available to the general public, unless expressly permitted by DoorDash; (iii) are subject to the specific terms that DoorDash establishes for such promotional offer; (iv) cannot be redeemed for cash or cash equivalent; and (v) are not valid for use after the date indicated in the offer or in DoorDash's Terms and Conditions for Promotional Offers and Credits. DoorDash reserves the right to withhold or deduct credits or benefits obtained through a promotion in the event that DoorDash determines or believes that the redemption of the promotion or receipt of the credit or benefit was in error, fraudulent, illegal, or in violation of the applicable promotion terms or this Agreement. DoorDash reserves the right to modify or cancel an offer at any time. DoorDash's Terms and

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

any order.

(d) **Fees for Services.** DoorDash may change the fees for our Services as we deem necessary or appropriate for our business, including but not limited to Delivery Fees, Service Fees, Small Order Fees, and Surge Fees.

(e) **Referral Program.** DoorDash's Referral Program Terms and Conditions are available at https://www.doordash.com/referral-terms/ (https://www.doordash.com/referral-terms/) ("Referral Program"). Under the Referral Program, DoorDash offers its registered Users in good standing the opportunity to earn gratuitous DoorDash credits as promotional rewards by inviting their eligible friends to register as new DoorDash Users and place their initial order through the Service by using a unique referral ID link (**"Personal Link"**). For each Qualified Referral (as defined in the Referral Program) generated through a User's Personal Link, the User may receive a gratuitous credit as specified on DoorDash's Referral Program page. You agree that we may change the terms and conditions of the Referral Program or terminate the Referral Program at any time.

(f) **DashPass Subscriptions.**

*General* – DashPass is an automatically renewing subscription requiring recurring payments. A DashPass subscription grants you access to reduced fees on orders placed through the Services for eligible restaurants with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Reduced Fees"). Reduced Fees and other DashPass benefits may be redeemed only at eligible restaurants, as indicated through the Services. DoorDash reserves the right to change whether a restaurant is eligible for DashPass at any time with or without notice. DashPass orders are subject to delivery driver and geographic availability, and taxes may apply to the cost of the items you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, Service Fees may apply.

DashPass is offered for a monthly or yearly fee payable at the start of the relevant period. By signing up for DashPass and providing DoorDash with your payment account information, you agree that: (a) you will be charged your first DashPass subscription fee and any applicable taxes on the date you purchase your DashPass subscription; (b) you authorize DoorDash and its service providers to store your payment method for the purpose of executing future DashPass auto-renewal transactions; (c) UNLESS YOU CANCEL, BY DEFAULT (AND WITH PRIOR NOTICE TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW AT THE END OF THE THEN-CURRENT SUBSCRIPTION PERIOD, and (d) AT THE TIME OF RENEWAL, DOORDASH WILL AUTOMATICALLY CHARGE THE THEN-CURRENT DASHPASS FEE AND ANY APPLICABLE TAXES TO AN ELIGIBLE PAYMENT METHOD THAT WE HAVE ON FILE FOR YOU. If your payment details change, your card provider may provide us with updated card details. We may use these new details in order to help prevent any interruption to your DashPass subscription. If you would like to use a different payment method or if there is a change in payment method, please update your billing information.

*Trial or Promotional Subscriptions* – From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to these Terms and the DoorDash Terms of Promotions except as otherwise stated in the promotional offer. When your free trial period has expired, your subscription will automatically convert into a paid DashPass subscription, and DoorDash will bill you the applicable fee. If you cancel DashPass before the trial period has expired, DoorDash will not charge you for the DashPass subscription. If you purchase a DashPass subscription with a promotional code, each time your DashPass subscription renews, you will be charged the full billing amount. Only one trial or promotional subscription is available per household. If your DashPass subscription is ever terminated for any reason, you shall not be eligible for a free trial on any subsequent DashPass subscription.

*Cancellations* – You can cancel your DashPass subscription at any time through the Application or on doordash.com. Instructions on how to cancel are available here (https://help.doordash.com/consumers/s/article/How-do-I-cancel-my-Dashpass-subscription). You must cancel at least one (1) day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9).

If you participated in a free trial or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable).

For monthly subscribers, if you cancel your DashPass subscription within the first 48 hours and have not placed a DashPass-eligible order during that period, DoorDash may refund your DashPass fee in its sole discretion. For annual subscribers, if you cancel your DashPass subscription within thirty (30) days of placing your first DashPass-eligible order, DoorDash may refund your DashPass annual fee in its sole discretion.

subscription, DoorDash will notify you and provide you with the opportunity to change your subscription before DashPass is renewed for another subscription term. Your continued use of the Services after the change becomes effective will constitute your acceptance of the fee change. If you do not wish to continue subscribing with the new fees, you may cancel your DashPass subscription within the specified notice period. Any DashPass subscriptions will be subject to the terms and conditions in effect at the time you sign up or your subscription renews. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription.

*No Transfer or Assignments & Cancellations by DoorDash* – Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, suspend, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled, unless DoorDash terminates your account or your DashPass subscription because we determine, in our sole discretion, that your actions or your use of the Services violates this Agreement or has harmed another User.

## 12. Dispute Resolution.

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH THE COMPANY AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

(a) Scope of Arbitration Agreement. You agree that any dispute or claim relating in any way to your access or use of the Services as a consumer of our Services, to any advertising or marketing communications regarding the Company or the Services, to any products or services sold or distributed through the Services that you received as a consumer of our Services, or to any aspect of your relationship or transactions with Company as a consumer of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or the Company may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

CASES HAVE BEEN FILED AGAINST THE COMPANY—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

IF YOU AGREE TO ARBITRATION WITH THE COMPANY, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST THE COMPANY IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

(b) Arbitration Rules and Forum. This Arbitration Agreement is governed by the Federal Arbitration Act in all respects. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent, General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/ (http://www.jamsadr.com/rules-streamlined-arbitration/); all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/ (http://www.jamsadr.com/rules-comprehensive-arbitration/). JAMS's rules are also available at www.jamsadr.com (http://www.jamsadr.com/) (under the Rules/Clauses tab) or by

English (US) ▼

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

in controversy totaling less than $10,000. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the country where you live or at another mutually agreed location.

(c) Arbitrator Powers. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitration will decide the rights and liabilities, if any, of you and the Company. The arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and the Company.

(d) Waiver of Jury Trial. YOU AND THE COMPANY WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and the Company are instead electing to have claims and disputes resolved by arbitration, except as specified in section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

(e) Waiver of Class or Consolidated Actions. YOU AND THE COMPANY AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither you nor the Company is entitled to arbitration of such claim or dispute. Instead, all such claims and disputes will then be resolved in a court as set forth in Section 20.

(f) Opt Out. You may opt out of this Arbitration Agreement. If you do so, neither you nor the Company can force the other to arbitrate as a result of this Agreement. To opt out, you must notify the Company in writing no later than 30 days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, your DoorDash username (if any), the email address you used to set up your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND THE COMPANY RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A Contractor. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A Contractor, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO AFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPENDENT CONTRACTOR AGREEMENT WITH THE COMPANY.

(g) Survival. This Arbitration Agreement will survive any termination of your relationship with the Company.

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

## 13. Third-Party Interactions.

(a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, DoorDash will not warn you that you have left DoorDash's Website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of DoorDash. DoorDash is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. DoorDash does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

(b) **App Stores.** You acknowledge and agree that the availability of the Application is dependent on the third party from which you received the Application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge and agree that this Agreement is between you and DoorDash and not with the App Store. DoorDash, not the App Store, is solely responsible for the Software and the Services, including the Application and the Services, the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Application, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Application or the Services. You agree to comply with, and your license to use the Application is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Application. You represent and warrant that you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and you represent and warrant that you are not listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that each App Store (and its affiliates) is an intended third-party beneficiary of this Agreement and has the right to enforce the terms and conditions of this Agreement.

## 14. Social Media Guidelines.

DoorDash maintains certain social media pages for the benefit of the DoorDash community. By posting, commenting, or otherwise interacting with these pages, you agree to abide by our Social Media Community Guidelines (https://dasherhelp.doordash.com/social-media-community-guidelines).

## 15. Transactions Involving Alcohol

You may have the option to request delivery of alcohol products in some locations and from certain Merchants. If you receive your delivery in the United States, you agree that you will only order alcohol products if you are 21 years of age or older. If you receive your delivery in another country, you agree that you will only order alcohol products if you are of legal age to purchase alcohol products in the relevant jurisdiction. You also agree that, upon delivery of alcohol products, you will provide valid government-issued identification proving your age to the Contractor delivering the alcohol products and that the recipient will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither DoorDash nor the Contractor can accept your order of alcohol products, and the order will only be delivered if the Merchant accepts your order. The Contractor reserves the right to refuse delivery if you are not 21 years of older, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Contractor is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 16. Indemnification

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

Services, (c) your breach of this Agreement or any representation, warranty or covenant in this Agreement, or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. DoorDash reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DoorDash in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Software and/or Services.

## 17. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. DOORDASH MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

DOORDASH DOES NOT WARRANT THAT THE SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, DOORDASH SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

## 18. Internet Delays

The Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in DoorDash's privacy policy or as otherwise required by applicable law, DoorDash is not responsible for any delays, delivery failures, or damage, loss or injury resulting from such problems.

## 19. Breach And Limitation of Liability

(a) **General.** You understand and agree that a key element of the Services and this Agreement is your and our mutual desire to keep the Services simple and efficient, and to provide the Software and Services at low cost.  You understand and agree to the limitations on remedies and liabilities set forth in this Section 19 to keep the Software and Services simple and efficient, and costs low, for all users.

(b) **Cap on Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW DOORDASH'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO DOORDASH IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM. THIS CAP ON LIABILITY SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY.

(c) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW DOORDASH SHALL NOT BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOST PROFITS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, AND LOSS OF DATA, REVENUE, USE AND

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

## 20. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and DoorDash agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in San Francisco County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 21. Termination

If you violate this Agreement, DoorDash may respond based on a number of factors including, but not limited to, the egregiousness of your actions and whether a pattern of harmful behavior exists.

In addition, at its sole discretion, DoorDash may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, DoorDash reserves the right to take appropriate legal action, including without limitation pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 22. Procedure for Making Claims of Copyright Infringement.

It is DoorDash's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to DoorDash by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for DoorDash's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, DoorDash, Inc., 303 2nd Street, Suite 800, San Francisco, CA 94107.

## 23. General

(a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, DoorDash or any third party provider as a result of this Agreement or use of the Software or Services.

(b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

(c) **Severability.** Except as otherwise provided in this Agreement, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

(d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Service.

(2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

(3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between DoorDash and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of DoorDash.

(4) You and DoorDash acknowledge that, as between DoorDash and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(5) You and DoorDash acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between DoorDash and Apple, DoorDash, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(6) You and DoorDash acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

(7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

(f) **Notice.** Where DoorDash requires that you provide an e-mail address, you are responsible for providing DoorDash with your most current e-mail address. In the event that the last e-mail address you provided to DoorDash is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, DoorDash's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to DoorDash through the following web form: https://help.doordash.com/consumers/s/contactsupport (https://help.doordash.com/consumers/s/contactsupport). Such notice shall be deemed given on the next business day after such e-mail is actually received by DoorDash.

(g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from DoorDash in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that DoorDash provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. You agree to keep your contact information, including email address, current. This subparagraph does not affect your statutory rights.

(h) **Transfer and Assignment**. This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by DoorDash without restriction. Any attempted transfer or assignment in violation hereof shall be null and void. This Agreement binds and inures to the benefit of each party and the party's successors and permitted assigns.

(i) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and DoorDash relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Contractor.

DoorDash welcomes your questions or comments regarding the Terms.

DoorDash, Inc.

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://help.doordash.com/consumers/s/contactsupport

Telephone Number: +1 (855) 973-1040

---

# Terms and Conditions Agreement

Effective: April 3, 2018

PLEASE READ THE TERMS AND CONDITIONS CAREFULLY. THE TERMS AND CONDITIONS (**"AGREEMENT"**) CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND DOORDASH, INC., A DELAWARE CORPORATION (**"COMPANY"**).

SECTION 12 (https://www.doordash.com/terms/#section12) OF THIS AGREEMENT CONTAINS PROVISIONS THAT GOVERN HOW CLAIMS THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, SECTION 12 SETS FORTH OUR ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL ON YOUR CLAIMS. THE ARBITRATION AGREEMENT COULD AFFECT YOUR RIGHT TO PARTICIPATE IN PENDING PROPOSED CLASS ACTION LITIGATION. PLEASE SEE SECTION 12 FOR MORE INFORMATION REGARDING THIS ARBITRATION AGREEMENT, THE POSSIBLE EFFECTS OF THIS ARBITRATION AGREEMENT, AND HOW TO OPT OUT OF THE ARBITRATION AGREEMENT.

By accessing or using the website located at https://www.doordash.com/ (https://www.doordash.com/) (**"Website"**) in any way, downloading, installing or using the Company's mobile application (**"Application"**) or any other software supplied by the Company (collectively, with the Application, the **"Software"**), accessing or using any information, services, features or resources available or enabled via the Website or Software (each, a **"Service"** and collectively, the **"Services"**)), clicking on a button or taking similar action to signify your affirmative acceptance of this Agreement, or completing the DoorDash account registration process, you hereby represent that: (1) you have read, understand, and agree to be bound by this Agreement and any future amendments and additions to this Agreement as published from time to time at https://www.doordash.com/terms/ (https://www.doordash.com/terms/) or through the Services; (2) you are of legal age in the jurisdiction in which you reside to form a binding contract with Company; and (3) you have the authority to enter into the Agreement personally and, if applicable, on behalf of any company, organization or other legal entity you have named as the user during the DoorDash account registration process and to bind that company, organization or entity to the Agreement. The terms "you," "user" and "users" refer to all individuals and other persons who access or use the Website, Software, and/or Services, including, without limitation, any companies, organizations or other legal entities that register accounts or otherwise access or use the Services through their respective employees, agents or representatives. **Except as otherwise provided herein, if you do not agree to be bound by the Agreement, you may not access or use the Website, the Services, or the Software.**

Subject to Section 12(h) of this Agreement, the Company reserves the right to modify the terms and conditions of this Agreement or its policies relating to the Website, Software or Services at any time, effective upon posting of an updated version of this Agreement on the Website or Software. You should regularly review this Agreement, as your continued use of the Services after any such changes constitutes your agreement to such changes.

responsible for the Food Service Provider's food preparation or safety and does not verify their compliance with applicable laws or regulations. The Company has no responsibility or liability for acts by any third-party Food Service Provider or Dasher, other than as stated herein.

## 1. User Representations, Warranties and Covenants

By using the Services, you expressly represent and warrant that you are legally entitled to enter this Agreement. Your participation in using the Services is for your sole, personal or internal business use. When using the Services, you agree to comply with all applicable laws from your home nation, and the country, state and city in which you are present while using the Services.

You may only access the Services using authorized means. It is your responsibility to check to ensure you download the correct Software for your device. The Company is not liable if you do not have a compatible device or if you have downloaded the wrong version of the Software for your device. The Company reserves the right to terminate your use of the Software and/or Services should you be using the Software or Services with an incompatible or unauthorized device.

By using the Services, you agree that:

1. (a) You will only use the Services for lawful purposes; you will not use the Services for sending or storing any unlawful material or for deceptive or fraudulent purposes.

2. (b) You will not use the Services to cause nuisance, annoyance or inconvenience.

3. (c) You will not use the Services, or any content accessible through the Services, for any commercial purpose, including but not limited to contacting, advertising to, soliciting or selling to, any Food Service Provider, user or Dasher, unless the Company has given you permission to do so in writing.

4. (d) You will not copy or distribute the Software or any content displayed through the Services without prior written permission from the Company.

5. (e) You will not create or compile, directly or indirectly, any collection, compilation, or other directory from any content displayed through the Services except for your personal, noncommercial use.

6. (f) The information you provide to us when you register an account or otherwise communicate with us is accurate, you will promptly notify us of any changes to such information, and you will provide us with whatever proof of identity we may reasonably request.

7. (g) You are aware that when requesting Services by SMS text messages, standard messaging charges will apply.

8. (h) You will keep secure and confidential your account password or any identification credentials we provide you which allows access to the Services.

9. (i) You will only use the Services for your own use and will not resell either the Software or Services to a third party.

10. (j) You will not use the Website or Software in any way that could damage, disable, overburden or impair any Company server, or the networks connected to any Company server.

11. (k) You will not attempt to gain unauthorized access to any part of the Website and/or to any service, account, resource, computer system and/or network connected to any Company server.

12. (l) You will not deep-link to the Website or access the Website manually or with any robot, spider, web crawler, extraction software, automated process and/or device to scrape, copy or monitor any portion of the Website or any content on the Website, unless the Company has given you permission to do so in writing.

13. (m) You will not copy any content displayed through the Services, including but not limited to Food Service Providers' menu content and reviews, for republication in any format or media.

14. (n) You will not conduct any systematic retrieval of data or other content from the Website, Software or Services.

15. (o) You will not try to harm other Users or the Company, the Website, Software or Services in any way whatsoever.

16. (p) You will report any errors, bugs, unauthorized access methodologies or any breach of our intellectual property rights that you uncover in your use of the Website, Software or Services.

17. (q) You will not abuse our promotional or credit code system by redeeming multiple coupons at once.

## 2. User Account

account to any other person or entity. Should you suspect that any unauthorized party may be using your password or account, you will notify the Company immediately. If you provide any information that is untrue, inaccurate, not current, or incomplete, or the Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current, or incomplete, the Company has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof). You agree not to create an account or use the Services if you have been previously removed by the Company, or if you have been previously banned from use of the Services.

## 3. User Content

1. (a) **User Content.** The Company may provide you with interactive opportunities through the Services, including, by way of example, the ability to post User ratings and reviews (collectively, "User Content"). You represent and warrant that you are the owner of, or otherwise have the right to provide, all User Content that you submit, post and/or otherwise transmit ("Make Available") through the Services. You hereby grant the Company a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use the User Content in connection with the Company's business and in all forms now known or hereafter invented ("Uses"), without notification to and/or approval by you. You further grant the Company a license to use your username and/or other User profile information, including without limitation your ratings history, to attribute User Content to you in connection with such Uses, without notification or approval by you.

2. (b) **Feedback.** You agree that any submission of any ideas, suggestions, and/or proposals to the Company through its suggestion, feedback, wiki, forum or similar pages ("Feedback") is at your own risk and that the Company has no obligations (including without limitation, obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback and you hereby grant to Company a perpetual, irrevocable, transferable, fully paid, royalty-free, non-exclusive, worldwide, fully sublicenseable right and license to use, copy, display, publish, modify, remove, publicly perform, translate, create derivative works, distribute and/or otherwise use such Feedback.

3. (c) **Ratings and Reviews.** To the extent that you are asked to rate and post reviews of Food Service Providers or other businesses ("Ratings" and "Reviews"), such Ratings and Reviews are considered User Content and are governed by this Agreement. Ratings and Reviews are not endorsed by the Company and do not represent the views of the Company or its affiliates. The Company does not assume liability for Ratings and Reviews or for any claims for economic loss resulting from such Ratings and Reviews. Because we strive to maintain a high level of integrity with respect to Ratings and Reviews posted or otherwise made available through the Services, you agree that: (i) you will base any Rating or Review on first-hand experience with the Food Service Provider or business; (ii) you will not provide a Rating or Review for any Food Service Provider or business for which you have an ownership interest, employment relationship or other affiliation or for any of that company's competitors; (iii) you will not submit a Rating or Review in exchange for payment, free food items, or other benefits from a Food Service Provider or business and (iv) your review will comply with the terms of this Agreement. If we determine, in our sole discretion, that any Rating or Review could diminish the integrity of the Ratings and Reviews, we may exclude such User Content without notice.

## 4. Intellectual Property Ownership

The Company alone (and its licensors, where applicable) shall own all right, title and interest, including all related intellectual property rights, in and to the Website, the Software and the Services. This Agreement is not a sale and does not convey to you any rights of ownership in or related to the Website, the Software or the Services, or any intellectual property rights owned by the Company. The Company name, the Company logo, and the product names associated with the Website, the Software and Services are trademarks of the Company or third parties, and no right or license is granted to use them. You agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Website, the Software or the Services.

## 5. Payment Terms

1. (a) **Prices.** You understand that: (a) the prices for menu items displayed through the Services may differ from the prices offered or published by Food Service Providers for the same menu items and/or from prices available at other third-party websites and that such prices may not be the lowest prices at which the menu items are sold; (b) the Company has no obligation to itemize its costs, profits or margins when publishing such prices; and (c) the Company reserves the right to change such prices at any time, at its discretion. You are liable for all transaction taxes on the Services provided under this Agreement (other than taxes based on the Company's income). Payment will be processed by the Company, using the preferred payment method designated in your account.

2. (b) **No Refunds.** Charges paid by you for completed and delivered orders are final and non-refundable. The Company has no obligation to provide refunds or credits, but may grant them, in each case in Company's sole discretion.

3. (c) **Promotional Offers.** The Company, at its sole discretion, may make promotional offers with different features and different rates to any of our Users. These promotional offers, unless made to you, shall have no bearing whatsoever on your offer or contract. We encourage you to check back at our Website periodically if you are interested in learning more about how we charge for the Software or Services.

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

customers and place their initial order through the Service by using a unique referral ID link (˜**Personal Link**˜). For each Qualified Referral (as defined in the Program) generated through a User's Personal Link, the User may receive a credit as specified on the Company's Referral Program page. You agree we may change the terms and conditions of the Program or terminate the Program at any time.

6. (f) **DashPass Subscriptions.** DashPass is a subscription that provides free deliveries (no delivery fee) on orders with a minimum subtotal as stated when you sign up (excluding taxes and tips) ("Free Deliveries") placed through the Services for a monthly or yearly fee. Free Deliveries are subject to delivery driver and geographic availability, and taxes may apply to the cost of the food and/or beverages that you order. You may provide an optional gratuity. Depending on the conditions as stated when you sign up, service fees may apply. You will be charged your first monthly subscription fee on the date you purchase your subscription. BY DEFAULT (AND WITH PRIOR NOTICE TO THE EXTENT REQUIRED BY APPLICABLE LAW), YOUR DASHPASS SUBSCRIPTION WILL AUTOMATICALLY RENEW, AND THE THEN-CURRENT DASHPASS FEE WILL BE AUTOMATICALLY CHARGED TO YOU AT THE TIME OF RENEWAL. If you do not want your subscription to automatically renew, you can change this default via the Menu or the in-app DashPass banner, depending on the system you are using. You can cancel your DashPass subscription at any time on the Application and doordash.com. You must cancel at least 1 day before the next-scheduled subscription renewal date to avoid being charged for the next subscription period (e.g., if renewal date is January 10, you must cancel by 11:59:59 pm PT on January 9). If you participated in a free or other promotional subscription period for DashPass, you may cancel within the first 48 hours of your paid DashPass subscription and receive a full refund of your DashPass fee (as applicable). For all other members, if you cancel your DashPass subscription within the first 48 hours and have not placed an order during that period, DoorDash will refund your DashPass fee. If you cancel at any other time, you will not receive a refund, but you can continue to enjoy the Free Deliveries through the end of your then-current billing period. From time to time, DoorDash offers some customers trial or other promotional subscriptions to DashPass. Such trial or promotional subscriptions are subject to these Terms except as otherwise stated in the promotional offer. Only one trial or promotional subscription is available per household. DoorDash will bill you the applicable fee after your free trial period has expired. If you cancel DashPass before the trial period has expired, DoorDash will not charge you. DoorDash may change the monthly or annual fee charged for DashPass at any time, but any such fee change will not apply to current DashPass members until such time as your current subscription expires and your subscription is renewed for another term. We may change the terms or conditions applicable to DashPass from time to time. Any new or renewed DoorDash Pass subscriptions will be subject to the terms and conditions active at that time and displayed when you sign up for DashPass. DoorDash may also make such changes with respect to current DashPass subscriptions. In that case, DoorDash will provide you with notice via email of the changes and when those changes will take effect. If you disagree with the changes to your current DashPass subscription terms and conditions, you may cancel your DashPass subscription and receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which you cancel the subscription. Your DashPass subscription cannot be transferred or assigned. DoorDash reserves the right to accept, refuse, or cancel your DashPass subscription at any time in its sole discretion. If DoorDash cancels your DashPass subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was cancelled.

## 6. Third-Party Interactions

1. (a) **Third-Party Websites, Applications and Advertisements.** The Services may contain links to third-party websites (**"Third-Party Websites"**) and applications (**"Third-Party Applications"**) and advertisements (**"Third-Party Advertisements"**) (collectively, "Third-Party Websites & Advertisements"). When you click on a link to a Third-Party Website, Third-Party Application or Third-Party Advertisement, the Company will not warn you that you have left the Company's Website or Services and will not warn you that you are subject to the terms and conditions (including privacy policies) of another website or destination. Such Third-Party Websites & Advertisements are not under the control of the Company. The Company is not responsible for any Third-Party Websites, Third-Party Applications or any Third-Party Advertisements. The Company provides these Third-Party Websites & Advertisements only as a convenience and does not review, approve, monitor, endorse, warrant, or make any representations with respect to such Third-Party Websites & Advertisements, or their products or services. You use all links in Third-Party Websites & Advertisements at your own risk. You should review applicable terms and policies, including privacy and data gathering practices of any Third-Party Websites or Third-Party Applications, and make whatever investigation you feel necessary or appropriate before proceeding with any transaction with any third party.

2. (b) **App Stores.** You acknowledge and agree that the availability of the Application is dependent on the third party from which you received the Application license, e.g., the Apple iPhone or Android app stores (**"App Store"**). You acknowledge that this Agreement is between you and the Company and not with the App Store. The Company, not the App Store, is solely responsible for the Software and the Services, including the Application and the Services, the content thereof, maintenance, support services and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the Application, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Application or the Services. You agree to comply with, and your license to use the Application is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Application. You acknowledge that the App Store (and its subsidiaries) are intended third-party beneficiaries of the Agreement and have the right to enforce them.

## 7. Transactions Involving Alcohol

English (US) ▼

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

will not be intoxicated when receiving delivery of such products. If you order alcohol products, you understand and acknowledge that neither the Company nor the Dasher can accept your order of alcohol products, and the order will only be delivered if the Food Service Provider accepts your order. The Dasher reserves the right to refuse delivery if you are not 21 years of older, if you cannot provide a valid government issued ID, if the name on your ID does not match the name on your order, or you are visibly intoxicated. If the Dasher is unable to complete the delivery of alcohol products for one or more of these reasons, you are subject to a non-refundable $20 re-stocking fee.

## 8. Indemnification

You agree to indemnify and hold harmless the Company and its officers, directors, employees, agents and affiliates (each, an **"Indemnified Party"**), from and against any losses, claims, actions, costs, damages, penalties, fines and expenses, including without limitation attorneys' fees and expenses, that may be incurred by an Indemnified Party arising out of, relating to or resulting from (a) your User Content; (b) your misuse of the Website, Software or Services; (c) your violation of this Agreement; or (d) your violation of any applicable laws, rules or regulations through or related to the use of the Website, Software or Services. In the event of any claim, allegation, suit or proceeding alleging any matter potentially covered by the agreements in this section, you agree to pay for the defense of the Indemnified Party, including reasonable costs and attorneys' fees incurred by the Indemnified Party. The Company reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with the Company in asserting any available defenses. This provision does not require you to indemnify any Indemnified Party for any unconscionable commercial practice by such party, or for such party's negligence, fraud, deception, false promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Website, Software or Services. You agree that the provisions in this section will survive any termination of your account, this Agreement, or your access to the Website, Software and/or Services.

## 9. Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT TO THE FULLEST EXTENT OF LAW, YOUR USE OF THE WEBSITE, SOFTWARE AND SERVICES IS ENTIRELY AT YOUR OWN RISK. CHANGES ARE PERIODICALLY MADE TO THE WEBSITE, SOFTWARE AND SERVICES AND MAY BE MADE AT ANY TIME WITHOUT NOTICE TO YOU. THE WEBSITE, SOFTWARE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. THE COMPANY MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS OR TIMELINESS OF THE CONTENT MADE AVAILABLE THROUGH THE WEBSITE, SOFTWARE OR SERVICES, OR THE SERVICES, SOFTWARE, TEXT, GRAPHICS OR LINKS.

THE COMPANY DOES NOT WARRANT THAT THE WEBSITE, SOFTWARE OR SERVICES WILL OPERATE ERROR-FREE OR THAT THE WEBSITE, SOFTWARE OR SERVICES ARE FREE OF COMPUTER VIRUSES AND OTHER HARMFUL MALWARE. IF YOUR USE OF THE WEBSITE, SOFTWARE OR SERVICES RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, THE COMPANY SHALL NOT BE RESPONSIBLE FOR THOSE ECONOMIC COSTS.

## 10. Internet Delays

The Company's Website, Software and Services may be subject to limitations, delays, and other problems inherent in the use of the Internet and electronic communications. Except as set forth in the Company's privacy policy or as otherwise required by applicable law, the Company is not responsible for any delays, delivery failures, or other economic damage resulting from such problems.

## 11. Limitation of Liability

1. (a) **Cap on Liability.** TO THE FULLEST EXTENT OF LAW THE COMPANY'S AGGREGATE LIABILITY SHALL NOT EXCEED THE GREATER OF (a) AMOUNTS ACTUALLY PAID BY AND/OR DUE FROM YOU TO THE COMPANY IN THE SIX (6) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM, AND (b) THE REMEDY OR PENALTY IMPOSED BY THE STATUTE UNDER WHICH SUCH CLAIM ARISES. THE FOREGOING CAP ON LIABILITY SHALL NOT APPLY TO LIABILITY OF THE COMPANY FOR (a) DEATH OR PERSONAL INJURY CAUSED BY THE COMPANY'S NEGLIGENCE OR WILLFUL MISCONDUCT, OR FOR (b) ANY INJURY CAUSED BY THE COMPANY'S FRAUD OR FRAUDULENT MISREPRESENTATION.

2. (b) **Disclaimer of Certain Damages.** TO THE FULLEST EXTENT OF LAW THE COMPANY SHALL NOT BE LIABLE TO ANYONE FOR ANY INDIRECT, PUNITIVE, SPECIAL, EXEMPLARY, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES OF ANY TYPE OR KIND (INCLUDING PERSONAL INJURY, LOSS OF DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE). THE COMPANY SHALL NOT BE LIABLE FOR ANY LOSS, DAMAGE OR INJURY WHICH MAY BE INCURRED BY YOU, INCLUDING BUT NOT LIMITED TO LOSS, DAMAGE OR INJURY ARISING OUT OF, OR

DISCLAIMER OF PUNITIVE AND EXEMPLARY DAMAGES, AND THE ENTIRE DISCLAIMER OF DAMAGES FOR PERSONAL INJURY OR PROPERTY DAMAGE, OR FOR ANY INJURY CAUSED BY THE COMPANY'S FRAUD OR FRAUDULENT MISREPRESENTATION, SHALL NOT APPLY TO USERS WHO RESIDE IN THE STATE OF NEW JERSEY.

## 12. Dispute Resolution

PLEASE READ THE FOLLOWING SECTION CAREFULLY. IT REQUIRES YOU TO ARBITRATE DISPUTES WITH THE COMPANY AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF. THIS SECTION 12 OF THIS AGREEMENT SHALL BE REFERRED TO AS THE "ARBITRATION AGREEMENT".

1. (a) **Scope of Arbitration Agreement.** You agree that any dispute or claim relating in any way to your access or use of the Services as a consumer of our Services, to any advertising or marketing communications regarding the Company or the Services, to any products or services sold or distributed through the Services that you received as a consumer of our Services, or to any aspect of your relationship or transactions with Company as a consumer of our Services will be resolved by binding arbitration, rather than in court, except that (1) you may assert claims in small claims court if your claims qualify, so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis; and (2) you or the Company may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents). This Arbitration Agreement shall apply, without limitation, to all claims that arose or were asserted before the Effective Date of this Agreement.

2. CASES HAVE BEEN FILED AGAINST THE COMPANY—AND OTHERS MAY BE FILED IN THE FUTURE—THAT ATTEMPT TO ASSERT CLASS ACTION CLAIMS, AND BY ACCEPTING THIS ARBITRATION AGREEMENT YOU ELECT NOT TO PARTICIPATE IN SUCH CASES.

3. IF YOU AGREE TO ARBITRATION WITH THE COMPANY, YOU ARE AGREEING IN ADVANCE THAT YOU WILL NOT PARTICIPATE IN OR SEEK TO RECOVER MONETARY OR OTHER RELIEF IN ANY SUCH CLASS, COLLECTIVE, AND/OR REPRESENTATIVE LAWSUIT. INSTEAD, BY AGREEING TO ARBITRATION, YOU MAY BRING YOUR CLAIMS AGAINST THE COMPANY IN AN INDIVIDUAL ARBITRATION PROCEEDING. IF SUCCESSFUL ON SUCH CLAIMS, YOU COULD BE AWARDED MONEY OR OTHER RELIEF BY AN ARBITRATOR.

4. (b) **Arbitration Rules and Forum.** This Arbitration Agreement is governed by the Federal Arbitration Act in all respects. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent, General Counsel, at 303 2nd Street, Suite 800, San Francisco, CA, 94107. The arbitration will be conducted by JAMS under its rules and pursuant to the terms of this Agreement. Disputes involving claims and counterclaims under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/ (http://www.jamsadr.com/rules-streamlined-arbitration/); all other claims shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/ (http://www.jamsadr.com/rules-comprehensive-arbitration/). JAMS's rules are also available at www.jamsadr.com (http://www.jamsadr.com/) (under the Rules/Clauses tab) or by calling JAMS at 800-352-5267. Payment of all filing, administration, and arbitration fees will be governed by JAMS's rules. If the arbitrator finds that you cannot afford to pay JAMS's filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from JAMS, the Company will pay them for you. In addition, the Company will reimburse all such JAMS's filing, administrative, hearing and/or other fees for claims with an amount in controversy totaling less than $10,000. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. You may choose to have the arbitration conducted by telephone, video conference, based on written submissions, or in person in the country where you live or at another mutually agreed location.

5. (c) **Arbitrator Powers.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Agreement including, but not limited to any claim that all or any part of this Arbitration Agreement is void or voidable. The arbitration will decide the rights and liabilities, if any, of you and the Company. The arbitration proceeding will not be consolidated with any other matters or joined with any other proceedings or parties. The arbitrator will have the authority to grant motions dispositive of all or part of any claim or dispute. The arbitrator will have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the arbitral forum's rules, and this Agreement (including this Arbitration Agreement). The arbitrator will issue a written statement of decision describing the essential findings and conclusions on which any award (or decision not to render an award) is based, including the calculation of any damages awarded. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The arbitrator's decision is final and binding on you and the Company.

6. (d) **Waiver of Jury Trial.** YOU AND THE COMPANY WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND RECEIVE A JUDGE OR JURY TRIAL. You and the Company are instead electing to have claims and disputes resolved by arbitration, except as specified in section 12(a) above. There is no judge or jury in arbitration, and court review of an arbitration award is limited.

7. (e) **Waiver of Class or Consolidated Actions.** YOU AND THE COMPANY AGREE TO WAIVE ANY RIGHT TO RESOLVE CLAIMS WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT ON A CLASS, COLLECTIVE, OR REPRESENTATIVE BASIS. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS. CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. If, however, this waiver of class or consolidated actions is deemed invalid or unenforceable with respect to a particular claim or dispute, neither

notice must include your name and address, your DoorDash username (if any), the email address you used to set up your DoorDash account (if you have one), and a CLEAR statement that you want to opt out of this Arbitration Agreement. You must send your opt-out notice to: opt-out@doordash.com (mailto:opt-out@doordash.com). If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may have entered into with us or may enter into in the future with us. NOTWITHSTANDING ANYTHING TO THE CONTARY HEREIN, NOTHING IN THIS AGREEMENT SHALL SUPERSEDE, AMEND, OR MODIFY THE TERMS OF ANY SEPARATE AGREEMENT(S) BETWEEN YOU AND THE COMPANY RELATING TO YOUR WORK AS AN EMPLOYEE OR INDEPENDENT CONTRACTOR, INCLUDING WITHOUT LIMITATION, ANY INDEPENDENT CONTRACTOR AGREEMENT GOVERNING YOUR SERVICES AS A DASHER. FOR THE AVOIDANCE OF DOUBT, IF YOU ARE A DASHER, OPTING-OUT OF THE ARBITRATION AGREEMENT SET FORTH IN THIS SECTION 12 HAS NO AFFECT ON YOUR AGREEMENT TO ARBITRATE DISPUTES COVERED BY YOUR INDEPEDENT CONTRACTOR AGREEMENT WITH THE COMPANY.

9. (g) **Survival.** This Arbitration Agreement will survive any termination of your relationship with the Company.

10. (h) **Modification.** Notwithstanding any provision in the Agreement to the contrary, we agree that if the Company makes any future material change to this Arbitration Agreement, it will not apply to any individual claim(s) that you had already provided notice of to the Company.

## 13. Exclusive Venue

To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and the Company agree that all claims and disputes arising out of or relating to the Agreement will be litigated exclusively in the state or federal courts located in Santa Clara County if you are a California citizen or resident, and in the United States District Court for the District in which you reside if you are not a California citizen or resident.

## 14. Termination

At its sole discretion, the Company may modify or discontinue the Software or Service, or may modify, suspend or terminate your access to the Software or the Services, for any reason, with or without notice to you and without liability to you or any third party. In addition to suspending or terminating your access to the Software or the Service, the Company reserves the right to take appropriate legal action, including without limitation pursuing civil, criminal or injunctive redress. Even after your right to use the Software or the Services is terminated, this Agreement will remain enforceable against you. All provisions which by their nature should survive to give effect to those provisions shall survive the termination of this Agreement.

## 15. Procedure for Making Claims of Copyright Infringement.

It is the Company's policy to terminate membership privileges of any User who repeatedly infringes copyright upon prompt notification to the Company by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Website or the Services in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (b) a description of the copyrighted work that you claim has been infringed; (c) a description of the location on the Website or in the Services of the material that you claim is infringing; (d) your address, telephone number and e-mail address; (e) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for the Company's Copyright Agent for notice of claims of copyright infringement is as follows: General Counsel, Door Dash, Inc., 303 2nd Street, Suite 800, San Francisco, CA 94107.

## 16. General

1. (a) **No Joint Venture or Partnership.** No joint venture, partnership, employment, or agency relationship exists between you, the Company or any third party provider as a result of this Agreement or use of the Software or Services.

2. (b) **Choice of Law.** This Agreement is governed by the laws of the State of Delaware consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of any other jurisdiction.

3. (c) **Severability.** Except as otherwise provided herein, if any provision of this Agreement is found to be invalid, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

4. (d) **Consumer Complaints.** In accordance with California Civil Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

the App Store Terms of Service.

b. (2) You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

c. (3) In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, for the App Store Sourced Application to you and to the fullest extent permitted by law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between the Company and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of the Company.

d. (4) You and the Company acknowledge that, as between the Company and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

e. (5) You and the Company acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between the Company and Apple, the Company, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

f. (6) You and the Company acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

g. (7) Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

6. (f) **Notice.** Where the Company requires that you provide an e-mail address, you are responsible for providing the Company with your most current e-mail address. In the event that the last e-mail address you provided to the Company is not valid, or for any reason is not capable of delivering to you any notices required or permitted by this Agreement, the Company's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to the Company through the following web form: www.doordash.com/help/ (https://www.doordash.com/help/). Such notice shall be deemed given on the next business day after such e-mail is actually received by the Company.

7. (g) **Electronic Communications.** For contractual purposes, you (1) consent to receive communications from the Company in an electronic form; and (2) agree that all terms and conditions, agreements, notices, disclosures, and other communications that the Company provides to you electronically satisfy any legal requirement that such communications would satisfy if they were in writing. This subparagraph does not affect your statutory rights.

8. (h) **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties with respect to such subject matter. However, nothing in this Agreement shall supersede, amend, or modify the terms of any separate agreement(s) between you and the Company relating to your work as an employee or independent contractor, including, without limitation, any Independent Contractor Agreement governing your efforts as a Dasher.

## 17. Contact Information

DoorDash welcomes your questions or comments regarding the Terms:

**DoorDash, Inc.**

303 2nd St, Suite 800

San Francisco, CA 94107

Help Form: https://www.doordash.com/help/ (https://www.doordash.com/help/)

Telephone Number: +1 (855) 973-1040

English (US) ▼

onsumers/s/)          Order with DoorDash          Delivery Support          Popular Topics          More          🔍

I'm a

Dasher

(https://help.doordash.com/dashers/s/)

I'm a

Merchant

(https://help.doordash.com/merchants/s/)

### Get to Know Us

About Us (https://w...

Careers (https://ww...

Blog (http://blog.do...

LinkedIn (https://w...

GlassDoor (https://...

Accessibility (https:/...

### Let Us Help You

Account Details (ht...

Order History (https...

Help (https://help.d...

Have an emergency...

### Doing Business

Become a Dasher (h...

Be a Partner Restau...

Get Dashers for Deli...

(https://play.google.com/store/apps/details?id=...)    (https://apps.apple.com/...)

Terms of Service (https://www.doordash.com/terms/)
Privacy (https://www.doordash.com/privacy/)
Delivery Locations (https://www.doordash.com/food-delivery/)
© 2020 DoorDash

(http://facebook.com/doordash)
(http://twitter.com/doordash)    (http://instagram.com/doordash)
(https://www.glassdoor.com/Overview/Working-at-DoorDash-EI_IE813073.11,19.htm)