1  Megan E. Jones (Cal. Bar No. 296274)
   **HAUSFELD LLP**
2  600 Montgomery St., Suite 3200
3  San Francisco, CA 94111
   Tel: (415) 633-1908
4  Fax: (415) 358-4980
   Email: mjones@hausfeld.com
5
6  *Attorney for Plaintiffs and Proposed Class*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                             **OAKLAND DIVISION**

11

12 | REBECCA SCHWARTZ, ET AL.,       | Case No. 4:22-cv-00250-YGR |
   |---|---|
13 | Plaintiffs,                      | NOTICE OF APPEARANCE OF MEGAN E. JONES |
14 | v.                               | |
15 | DOORDASH, INC. ET AL.,           | |
16 | Defendants.                      | |

17  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:
18
       PLEASE TAKE NOTICE that Megan E. Jones, of Hausfeld LLP, hereby enters an
19
   appearance as counsel for Plaintiffs Rebecca Schwartz, Zachary Chin, Joseph Flinders, Daniel
20
21 Chou, and Quiana Pleasant in the above-captioned action. Please serve said counsel with all

22 pleadings and notices in this matter.

23 DATED: July 15, 2022           /s/ Megan E. Jones
                                   Megan E. Jones (Cal. Bar No. 296274)
24                                 **HAUSFELD LLP**
                                   600 Montgomery St., Suite 3200
25                                 San Francisco, CA 94111
                                   Tel: (415) 633-1908
26                                 Fax: (415) 358-4980
                                   Email: mjones@hausfeld.com
27                                 *Attorney for Plaintiffs and Proposed Class*
28

## PROOF OF SERVICE

Schwartz, et al., v. Doordash, Inc.
USDC, Northern District of California Case No. 3:22-cv-00250

At the time of service, I was over 18 years of age and not a party to this action. I am employed in San Francisco, California. My business address is 600 Montgomery Street, Suite 3200, San Francisco, CA 94111.

On July 15, 2022, I served true copies of the following document described as NOTICE OF APPEARANCE OF MEGAN E. JONES on the interested parties in this action as follows:

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused a copy of the document(s) to be sent from e-mail address ngarcia@kalielgold.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2022, at San Francisco, California.

/s/ Megan E. Jones
Megan E. Jones