GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorneys for DoorDash, Inc.*

JEFFREY D. KALIEL (SBN 238293)
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: 202.350.4783
jkaliel@kalielpllc.com

SOPHIA G. GOLD (SBN 307971)
KALIELGOLDPLLC
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: 202.350.4783
sgold@kalielgold.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA SCHWARTZ, ZACHARY CHIN, JOSEPH FLINDERS, DANIEL CHOU, and QUIANA PLEASANT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:22-cv-00250-YGR<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>**\*\*AS MODIFIED BY THE COURT\*\***<br><br>Action Filed: November 5, 2021<br><br>Honorable Judge Yvonne Gonzalez Rogers |

Plaintiffs Rebecca Schwartz, Zachary Chin, Joseph Flinders, Daniel Chou, and Quiana Pleasant and Defendant DoorDash, Inc. ("DoorDash") (together with Plaintiffs, the "Parties"), respectfully submit this joint status report.

On May 27, 2022, the Court ordered the Parties to meet and confer no later than June 3, 2022 to discuss whether a resolution is possible, and to file a joint statement by no later than June 7, 2022 (Dkt. 31). On June 7, 2022, the parties filed a Joint Statement notifying the Court that the Parties had agreed to schedule a private mediation over the summer and requesting the Court stay this action for sixty (60) days following the date the Court granted the stipulation or until completion of the Parties' mediation, whichever came first (Dkt. 33). The Court granted the Parties' stipulation on June 7, 2022 (Dkt. 34).

The Parties engaged in mediation on July 20, 2022, and continued to discuss resolution with the mediator. The Parties requested additional stays on August 5, 2022, August 19, 2022, and September 2, 2022 (Dkts. 41, 43, 45). The Court granted the Parties' requests on August 19, 2022, August 22, 2022, and September 6, 2022 (Dkts. 42, 44, 46). On September 16, 2022, the Parties filed a joint status report, requesting an additional fourteen (14) days to discuss resolution, and stated that they would file a joint status report no later than September 16, 2022 (Dkt. 47). The Court granted the Parties' request for an additional stay, extending the stay until November 4, 2022 and ordering the Parties to submit a joint status report no later than November 4, 2022 (Dkt. 48). On November 4, 2022, the Parties filed a joint status report, requesting that the stay be extended until January 3, 2023, by which date the Parties would file a dismissal or a joint status report (Dkt. 49). The Court granted the Parties' request on November 7, 2022 (Dkt. 50).[1]

The Parties expect to file a dismissal within the next forty-five (45) days. The Parties request that the stay be extended an additional forty-five (45) days until February 17, 2023, by which time the Parties agree to file for dismissal or a joint status report.

---

[1] The Parties recognize that the Court indicated that no further extensions would be granted without a conference with the Court. The Parties have been working diligently to resolve this case, but were slowed down due to the holidays. The Parties are confident that they can dismiss this case within the next forty-five (45) days.

| | |
|---|---|
| Dated: January 3, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:   */s/ Michael Holecek* <br>        Michael Holecek |
| | Attorneys for Defendant DOORDASH, INC. |
| Dated: January 3, 2023 | KALIELGOLD PLLC |
| | By:   */s/ Sophia G. Gold* <br>        Sophia G. Gold |
| | Attorneys for Plaintiffs and the Proposed Classes |

### [~~PROPOSED~~] ORDER

Pursuant to the Parties' request, this action shall remain stayed for an additional forty-five (45) days until February 17, 2023, by which time the Parties shall either file for dismissal or a joint status report. **Based upon the representations made, a further extension will not be granted absent a conference with the Court.**

Dated: January 3, 2023

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

### SIGNATURE ATTESTATION

I, Michael Holecek, am the ECF User whose identification and password are being used to file the foregoing Joint Status Report. Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: January 3, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:   */s/ Michael Holecek* <br>        Michael Holecek |
| | Attorneys for Defendant DOORDASH, INC. |