**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel:    (202) 350-4783
Fax:    (202) 871-8180
Email: jkaliel@kalielpllc.com

**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: (202) 350-4783
Email: sgold@kalielgold.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
2/16/2023

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA SCHWARTZ, ZACHARY CHIN, JOSEPH FLINDERS, DANIEL CHOU, and QUIANA PLEASANT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:** 4:22-cv-00250-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Rebecca Schwartz, Zachary Chin, Joseph Flinders, Daniel Chou, and Quiana Pleasant hereby dismiss their individual claims for relief against Defendant Doordash, Inc., with prejudice. The claims of absent class members are dismissed without prejudice.

Dated:  February 16, 2023            Respectfully submitted,

**KALIELGOLD PLLC**

By: */s/ Sophia Goren Gold*
        Jeffrey D. Kaliel
        Sophia Goren Gold

*Attorneys for Plaintiff and the Putative Class*

- 2 -
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:22:cv-00250

**PROOF OF SERVICE**
Schwartz, et al., v. Doordash, Inc.
USDC, Northern District of California Case No. 3:22-cv-00250

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the District of Columbia. My business address is 1100 15th Street, 4th Floor, Washington, D.C. 20005.

On February 16, 2023, I served true copies of the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action as follows:

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ngarcia@kalielgold.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 16, 2023, at Los Angeles, California.

_____
Neva Garcia